**FOR THE UNITED STATES DISTRICT COURT OF FEDERAL PR**

**For The District of Puerto Rico,**

**SAN JUAN, P.R.**

RECEIVED AND FILED

2011 DEC -1 AM 9: 59

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Prof. Dr. José M. Font De Santiágo** * # 11cv2158-F.A.B.

Plaintiff

. Vs ,

URGENT Provisional, Preliminary and Permanent **INJUCTION** under I, IV, V and XIV Amendment of the Constitution of U.S.A among others, Damages and Perjudices, Civil Rights Violation, Discrimination, Among Others Damages Continuously, Punitives Damages, under the Jury Trial **(Amendment VII USA)**

Puerto Rico Governor Luis Fortuño Burset and as Individual, Commonwealth of Puerto Rico through Secretary of Justice of P.R. Guillermo Somoza and as Individual, Department of Health of P.R. Through Secretary Dr. Lorenzo Gonzalez and as Individual, U.S. Bankruptcy Court Federal of Puerto Rico through Judge Brian Tester, Engineering Builder Construction ~~Engineering~~ Group, S.E. through its President John Doe and his Mapfre Insurance through its Chairman John Doe, Jose Garcia Inc. through its President and his ACE Insurance through its Chairman John Doe and the University of Puerto Rico through its President John Doe and his Insurance American International through John Doe and Board of Medical Examiners of Puerto Rico through its President John Doe and Board of Licenciamiento y Disciplina of Puerto Rico through its President John Doe, President of the United States of America Barack Obama and the Solicitor of the United States of America John Doe, Hospital Menonitas Through Director Executive John Doe, Thomas Rivera Schatz as Individual, Jennifer Gonzalez as Individual, among others John Doe's or Jane Doe's ;Defendants

---

**Reclaims under article I section #9 Cite No Bill of ATTAINDER or EX POST FACTO LAW SHALL BE PASSED and Article VI Supreme Clause and First Amendment of U.S.A. among others Constitutional Dispositions for Preliminary, Provisional and PERMANENT Injunction Orders and in Aid of Jurisdiction**

---

At HONORABLE COURT: JUDICIAL KNOWLEDGE TAKE URGENT Comes now the Plaintiff Prof. Dr. José M. Font De Santiago (TENNESSE VS. LAE 158 L Ed 2d 820) who is a citizen of United States of America and as a resident of Puerto

---

* Escrito Original en Español del Injunction Traducido en Ingles por Maquina se Adjunta para ser LEIDO en caso de Tener Alguna palabra o párrafo mal Traducido al Ingles

* Se le proveerá Evidencias (2) CD de la Vista del e Junio 2005 de la Jueza Paguni Declarando Culpables a los Demandados y sus Abogados y sus aseguradores y La Evidencia de Dra. Carmen Feliciano Venderia el Hospital Regional de Caguas al Dr. Font en 1997

1

Rico, Under Article Vi Supreme Clause of the Constitutions of U.S.A. and I, IV, V, VII, VIII, IX, X, XIII and XIV Amendments of U.S.A., **AMERICAN WITH DISABILITIES ACT DE 1990 , 42 USCA   SECTION 1201 et. Seq.** and Diversity of citizenship (and amount claimed for 32 years over $ 500 Million dollars in Damages and Perjudices other damages continuous encroachment and illegal and Unconstitutional Takings and Ex Post Facto LAW (Bill of Attainder or not ex post facto law Shall be Passed) Licenses to Practice My Professions (Pursuit of Happiness Unalienable Rights Among Others guarantee of the Supreme Laws) and very undersigned respectfully States,  Severe and Reclaims**  LA CARTA DE DERECHO DE PERSONAS CON IMPEDIMENTO RESPONSABILIDAD CIVIL EXTRACONTRACTUAL POR NEGLIGENCIA de P.R., PROMISSORY ESTOPPEL PURSUIT OF HAPPINESS and others guarantees Inest De Jure Rights (Preemption Doctrine): HAVE various ISSUES on this INJUNCTION** :

## I.PARTIES

1. Prof. Dr. José M. Font De Santiágo file your papers with the Department of Health. Commonwealth of P.R. for the Purchase Regional Hospital of Caguas, PR in 2009 and re-submit it for the Administration During The Purchase of Agreement of the REGIONAL HOSPITAL CAGUAS in 2011 (in the First Time 1997 (Stipulatios) and 2009 for Purchase this Hospital) but under the U.S. Constitution where Justice is not instituted to deny the rights of citizens, but to fulfill and enforce, claims in this District Federal Court of PR REQUESTED ordered to stop all proceedings against the Defendants: Through Commonwealth of Puerto Rico Secretary of Justice of PR Guillermo Somoza, Department of Health of P.R. Through Secretary, Dr. Lorenzo Gonzalez, U.S. Bankruptcy Court Federal Judge of Puerto Rico-through Brian Tester, Among Others Defendants of Heading (RISS VS. NEW YORK NY 2d 555 Sovereign Immunity 59 cite The any State can not Invoked to Avoid the Payment of Damages under the subterfuge of financial ruin of the state), based on the mandate and Order of Specific Constitutional Obligation to Fulfill that Prof. Dr. José M. Font ENTITLED TO BE Immediately Repair the ALL Damages and Perjudices,  between others Damages continuously to claim Against the governments Commonwealth of P.R., under Article I, Article III and Article VI Supremacy Clause, I, IV, V, VII, VIII, IX , X, XIII joint with XIV Amendments the USA and other Amendments of Covered (Armstrong VS. Sánchez Vilella 74 DPR 28) In some cases LOCATED IN THE COURT OF FIRST INSTANCE in Room 807 of San Juan, PR Accident in a U.P.R. et. ALS. (Under NIEVES CRUZ VS. UPR ET. ALS. 150 DPR 151) and another against the Commonwealth of (Department of Health) PR **EVIDENCED** beyond doubt that **the PROFESSIONALS EXAMS  (or Revalida) HAVE NOT CONSTITUTIONAL RANK, for this reason IS EX POST FACTO LAW, UNCONSTITUTIONAL, VOID and INVALID because it NULL ABSOLUTELY and IMPAIR, DEPRIVE and VIOLATE the PROHIBITS CIVILS CONSTITUTIONALS FUNDAMENTAL PATRIMONIALS Democratic Rights (De Jure Legatorum) Inalienable Illegislables Guarantees for the Citizens: Invoke and shelter also in**

cases of Geofroy vs. Riggs cite 133 U.S. 258, the Government or power can not do what the Constitution PROHIBITS; AMY ANGULO VS. DEPARTMENT of SPORTS ADMINISTRATOR 116 D.P.R. 414 cite To deny a License, Violates the Right to JOB, this is, to "EARN an INCOME AND TO HAVE A JUST AND DECENT LIFE. THIS RIGHT, TOGETHER WITH THE RIGHT TO LIFE ARE BOTH INALIENABLE RIGHTS OF THE MAN, AND TO DEPRIVE A PERSON FROM HIS/HER LICENSE, IS AN UNDEFINED FINE (THAT) MAY CONSTITUTE AND TURN INTO A CRUEL AND UNUSUAL PUNISHMENT, PROHIBITED BY THE CONSTITUTION", TYLER VS. JUDGES OF THE COURT 179 US 405 JUDGES CANNOT VIOLATE CONTRACTS or CONSTITUTION of U.S.A. and Its amendments (Major Contract of U.S.A.), ARECIBO BUILDING CORP VS. SUPERIOR COURT 101 D.P.R 272, Allied. Vs. Spannaus 98 U.S. 2716 The Government CAN NOT Alters (or impairs, deprive and VIOLATES) the terms of Contracts (or CONSTITUTION U.S.A. and Its guarantees I, IV, V, VII. VIII, IX, X, XIII, & XIV Amendments o Supreme Laws: Declaration of Independence July 4, 1776, Paris Peace Treaty of 1898 article #9 Can Exercise his Commerce's, Industries and PROFESSIONS (implicit (Inest De Jure) with his/her owns Fundamentals Unalienables Inherent Professional Privates Patrimonial Illegislables Properties Licenses Undefeated & Undefeated: PREEMPTION DOCTRINE), also guarantees In Declarations UNIVERSAL of Humans Rights in 1948 signers: #8 Spain, #9 U.S.A. & #14 PUERTO RICO; DENT VS. WEST VIRGINIA 129 U.S. 114 The Licit Rights to WORK, is a PROPERTY RIGHT; Pueblo vs. Torres Albertorio 115 D.P.R. 128 WHAT AFFECT WORK OPPORTUNITY , EDUCATION OR THE PROFESIONAL LICENSE , MAY CONSTITUTE AN INVASION OVER (THE) RIGHT TO INTIMACY; Armstrong VS. Roberto Sánchez Vilella 74 D.P.R. 28 PUEDE DAR REMEDIO CONTRA DICHO FUNCIONARIO EN SU CAPACIDAD PERSONAL, TAN SOLO SI TALES ACTUACIONES NO CAEN DENTRO DE SU DEBERES O, DE ESTAR DENTRO DE ESE AMBITO , TAN SOLO SI LOS DEBERES O EJERCICIO DE LOS MISMOS ES CONSTITUCIONALMENTE NULO; Doctrine vs. Sánchez. 118 Lopez D.P.R. 701 when one or more persons consciously, volunteers, Aware and knowingly causes damages to an affected person, all of them are responsible in Solidarity for the Damages Caused, General Office vs. Cappen's 115 D.P.R. 31 L.P.R.A. cite the debtor that acts with malice will respond for all the damages, the foreseen and the unforeseen that will arise a lack of accomplishment or intentional unacomplishment; An Action in Damages and Perjudices is allowed against third parties that intentionally interfere with the contractual obligations of third parties (Civil Code of Puerto Rico , Goldberg vs. Nelly Fed Index 2nd 1976, Bell vs. 2nd Person Fed Index and Coss vs. 1971. Fed Lopez 2nd 1975 Index, which declares Unconstitutional Professional Exams (in the state of TEXAS) and apply FIRST EVANGELICAN LUTHERAN CHURCH ENGLAND VS. LOS ANGELES COUNTY cite 482 U.S. 304 Once it is Determined That a Taking taken place, the Government has the Duty to Compensate the Owner for The Time That The Taking was Effective; FLETCHER VS. PECK 10 U. S. 87 The state CAN NOT VIOLATE its OWN Contract or CONSTITUTION; GIBBONS VS. Ogden 22 U.S. 1 when have Controversy

between a state law and Federal Law, **Federal Law is Supreme**; HOLDEN VS. HARDY 169 U.S. 366 cite The Property or Property Right of a Person cannot be taking to benefit some persons or to taking benefit of the state; Lawyer. vs. U.S. DEPARTMENT OF JUSTICE 512 U.S. 567; Marbury vs. Madison 5 U.S. 137 ESTABLISHED That **the Citizen have an Entitlement over his or her property (Professional License)**, That is not Susceptible of a TAKING by the State's apparatus It explains and settles that this correct jurisdiction; PERRY VS. 408 U.S. 593 SINDDERMAN Government or power **can not deny Rights Protected** in the Contract or the U.S. Constitution is Major Contract INVIOLABLE, cite art. I section #9 and # 10 cite NO Impairs Obligations of Contracts U.S.A.; Padin vs. Rossi 100 D.P.R. 262; Perez vs. DPR 69 The Court has the Duty to Correct the Error; SCHEUER VS. RHODES 94 S. CT. 1683 There IS NO ESCAPE the High Authority of the Federal Constitution (U.S.) and VAZQUEZ VS. TRIBUNAL SUPERIOR 78 D.P.R. 744 The Plaintiff have a RIGHTS to RECLAIMS THE UNBEATABLE PAYMENTS ALL DAMAGES and PERJUIDICES and Others Continuously and Punitives Damages, For that REASON I RECLAIM to Honorable Court ORDER CEASE AND DESIST against All Defendants in the EPIGRAPHERS and **ORDER PAY immediately ALL THE** DAMAGES and PERJUIDICES and Others Continuously and Punitives Damages, **$1,242,408,890.41 Billions Dollars to Prof. Dr. Jose M. Font De Santiágo among others plus interest at 7% per month from the filing, plus give to Prof. Dr. Jose M. Font De Santiágo ALL GRANTED RECLAIMS to Honorable Court Order give his (to Prof. Dr. Jose M. Font De Santiágo) Licenses of Professions that are a Civil Constitutional Property Private Inherent Fundamental Patrimonial Unalienable Illegislables Rights of the Citizen and that the Properties TAKING BY THE STATE'S APPARATUS or the same the Licenses of Professional of the Citizens shall not be VIOLATED by any Federal, state or federal Territorial colonial of P.R. and Ordinances delivered to the citizen PROFESSIONS LICENSING of Prof. Dr. Jose M. Font De Santiago, and also presented the Caguas Regional Hospital Prof. Dr. José M. Font De Santiago, Ophthalmologists, as partial payment immediately, who also has the real purpose of creating a School of Medicine (Private own his name) in this Hospital, IMMEDIATELY to Restore it and who will take an Emergency Loan for the Full Rehabilitation of the Hospital Facility in Caguas, P.R., to place it as the World Health Center of First Order called Christ Miracle General & Specialties Hospital, Prof. Dr. José M. Font De Santiago School of Medicine** where he will share ratified all the Students and Faculty approved courses of San Juan Bautista School of wanting to enter the New Facilities of Medical Sciences, the New Regional Hospital Restored Caguas in Puerto Rico or THE HONORABLE COURT ORDER **Immediately Pay the Grand Total of $1,242,408,890.41 BILLIONS DOLLARS Prof. Dr. José M. Font de Santiago by, among others, All Damages and Perjudices Continuously Damages and Other Damages Claimed PUNITIVES DAMAGES against all defendants** of headings in each of the paragraphs of this Legal Brief Codefendants are the Commonwealth of Puerto Rico Secretary of Justice of PR through Lic. Guillermo Somoza, Department of Health of P.R. Secretary through Dr. Lorenzo Gonzalez, U.S.

Bankruptcy Court Federal Judge of Puerto Rico through Brian Tester, Governor of Puerto Rico Luis Fortuño Burset and Individual, Builder Construction Engineering Group, through its Chairman John Doe and his agent Insurance Mapfre through Chairman John Doe and José Garcia Inc. as through President John Doe and ACE Insurance through its Chairman John Doe and the University of Puerto Rico through President John Doe and his Insurance American International through Chairman John Doe, and Board of Medical Examiners of Puerto Rico through its Chairman John Doe and Board of Medical Licenciamiento y Disciplina of Puerto Rico through its Chairman John Doe, President of the United States of America Barack Obama and the Solicitor of United States Of America John Doe, as President Thomas Rivera Schatz Senate and as an individual (who told the President of the PNP in San Sebastian, PR a cousin of Adolph Hitler) who obstructed Justice to both Administrative and Judicial levels in PR Violating my All Civil Rights, Properties Rights and Discrimination to my Prof. Dr. José M.      Font      De      Santiago,      by      Politics. Acts   makes   by   all   defendants      the   Epigrapher   and   Thomas   Rivera-Schatz.

3. That Prof. Dr. José M. Font De Santiago, **M.D., Ophthalmologists,** studied and graduated from a School of Medicine, from a recognized University in the Santo Domingo, Dominican Republic and Studied my Specialty in Ophthalmology at the University Hospital Clinics (**Awards Nobels**) of Montevideo, Republic of Uruguay and I who was Professor of Ocular Diseases at the Doctoral level in the School of Optometry Inter American University in San Juan, PR and I have Honorary Cause Degree of Ph. D. in Constitutional and International Law.

4. That the Prof. Dr. José M. Font de Santiago, which suffered an accident at 2:30 PM within the grounds of the Rió Piedras Campus, UPR, in front of a building under construction (Skeleton) on August 26, 2002 erected a fence nine feet high a sheet attached to each other on a stretch of 60 feet long (over) on the edge of the sidewalk that had only the Bracetti Mariano inside the Rió Piedras Campus and opened a provisional entry at an angle of 90 degrees Parking School of Public Administration and placed behind the deposited many small stone, sand and gravel moved below the fence that had a 2-foot slit that moves around the side of cement, sand degraded to the passing cars and trucks creating a hole while walking from north to south traffic against me forces us to look to the left to keep him from a car or truck and my right foot slips on the degradation of building materials sand and wind up at the same time a yellow streak in the middle had a black line and becomes entangled in my feet but the tip of my right shoe falls into the hole and caused by the violent and rapid decline, methods **(Dr. Jose M. Font) fractured right forearm in 4 parts**: Right Wrist Fracture Triangular Fibrocartilago, Radium, Third Radium and Elbow Right Arm (before my accident, 4 people have the accidents before me, that day in there, as said Nurse Graduate the Dispensary Campus UPR) become **Incapable (Disability) of the right wrist can not to operate within the Eye, plus Lost 14 teeth with bleeding in the mouth, product Fault, Gross Negligence and Omission of both the 2 Companies Construction**

(1) I pay $7,500.00 dollars for Prótesis Provisional by Dr. Perez Declans y Dr. Rodriguez Zayas and Permanent all teeths cost $65,000. dlls. and I Claims $4,000,000. dollars by Damages, Punitives and Perjudices had hemorragia y hay que operar ambas Encias.

(Builder Construction Engineering Group, through its President John Doe and his Chairman Insurance Mapfre and Jose Garcia John Doe Inc. through its President John Doe and his ACE Insurance Chairman John Doe) and the University of Puerto Rico through its President John Doe, who have TOTALLY and ABSOLUTELLY CONTROL the PLACE AREA, with Premeditation, Treachery and Malice, Arbitrary, Unfair, Capricious, Very Negligence and Illegal which all Defendants and American International Insurance, ACE Insurance and Maphre Insurance through his Lawyers, admitted in open Court on June 6, 2005 that they had all the documents (exhibits or evidence of the case) and had made all the Attorneys Ocular View Day in the Accident Place, before the hearing in front of the Judge Heydee Pagani agreed with the Truth of the Facts Severe in favor of Prof. Dr. José M. Font De Santiágo, and was subsequently provided an Expert Economic Report 20-year prospective Euros (Loss of Capacity to Generate Lucros Cesantes and Loss of Lucros Cesantes by 20 years including ongoing damages in excess of $165,027,521.12 Millions Dollars and Double Compensation by Bad Faith Litigations by defendants, his Insurances Companies and His Lawyers are more another $165,027,521.12 Millions Dollars is equal to subtotal sum $330,055,042.24 Millions Dollars (the June 6, 2005 Ordered by the judge himself Pagani quote all the defendants, their insurances and lawyers are guilty and caused the TOTAL Failure of Justice almost 10 years in state courts of the Commonwealth of PR, and not apply the Double Compensation for $330,055,042.24 Millions Dollars for Bad Faith Litigations against all the guiltiest; because it would go to Barcelona, Spain where I will live and Exercise my Surgeon Ophthalmologist Profession because I am also Entitled to the Nationality Spanish and Catalan, for my parents and grandparents, who have 1.200 years in this region Country, and this case is to long for almost 10 years and Illegal Actions and delaying Distortions All Guilty above violated the Right to Due Process of Law and Equal Protection of the Laws and Compensation MERITORIOUS JUST CAUSE (Double Compensation) guaranteed by the I, IV, V and XIV amendments, including refusing by Judicial Corruption today (because non-trans) the fair and impartial trial in the Federal Constitution (for that CIVIL RIGHTS VIOLATIONS and by EMTALA Federal jurisdiction this Cases Have Jurisdiction) and Causing Increased Suffering and Damage Continuous Direct and Indirect expected and unexpected: over $100,000,000. Millions Dollars in Punitives Damages Totaling the total to be paid immediately for $430,055,042.24 Millions Dollars against Builder Construction Engineering Group, Inc. and Jose Garcia, as the University of Puerto Rico because I Prof. Dr. José M. Font De Santiago Lost Totally can operated Ocular Surgery, and The defendants product Fault, Gross Negligence and Omission of both the 2 Companies Construction (Builder Construction Engineering Group, through its President John Doe and his Chairman Insurance Mapfre and Jose Garcia John Doe Inc. through its President John Doe and his ACE Insurance Chairman John Doe) and the University of Puerto Rico through its President John Doe, who have TOTALLY and

**ABSOLUTELLY CONTROL the PLACE AREA, with Premeditation, Treachery and Malice, Arbitrary, Unfair, Capricious, Very Negligence and Illegal which all Defendants and American International Insurance, ACE Insurance and Maphre Insurance through his Lawyers that had the absolute control of the area, which all Defendants and their insurers American International Insurance, Insurance and ACE Insurance Maphre are Guilty and Lawyers, plus 7% monthly interest from retroactive filing of the case are $ 30,103,852.95 Millions Dollars for a large subtotal of $460,158,895.19  Millions Dollars to pay immediately to Prof. Dr. Jose M. Font De Santiago, who going to live Permanently in Barcelona, Spain for Exercise my Professions.**                                                                                         .

5. That Prof. Dr. José M. Font De Santiago is a Doctor of Medicine and Surgery and Ophthalmologist Surgery and are asking the Commonwealth of Puerto Rico, the Commonwealth Attorney General of PR E.L.A. Health Department of P.R. Lorenzo Gonzalez, Board of Medical Examiners of Puerto Rico through its Chairman John Doe and Board of Medical Licensure Regulations and Puerto Rico through its Chairman John Doe and through its Attorney General of the Commonwealth of P.R. GUILLERMO SOMOZA Premeditation, Treachery and Malice, Arbitrary, Unfair, Capricious legislated Professional Exams (or Revalida) is Ex Post facto Laws, Illegal and Unconstitutional by State Administrative and Judicial Corruption and Form and Manner Absolutely Null and void because it have NOT constitutional rank Preemption Doctrine the "exams" are NOT validates legally and Prof. Dr. Jose M. Font De Santiago demanded give me my Professions Licensing (**De Jure** LEGATORUM (PURSUIT, means that citizens have the Inalienable Right to Exercise OURS Professions and Eternal Work because it is the source of creation of the RICHNESS ) guarantees in the Declaration of Independence of July 4, 1776 Pursuit of Happiness Unalienables Rights, Paris Peace Treaty of 1898 item # 9 cite "and I have (all of its residents forever) Rights to Exercise Industry, Businesses (Commerce's) and Professions (Inmermables e immunized RIGHT of OWNER to Works or Exercises of Professions for EVER), Declaration Universal of Human Rights of Man of 1948 and the U.S. Constitution and its amendments), being an inherent property of Private Equity Fundamental Inalienable Illegislables (Preemption Doctrine) because it shows and showed that the Professional Examination HAVE NOT CONSTITUTIONAL RANK, for that Reason Professional Examinations (or Revalida) are Ex Post Facto Laws, is Unconstitutional, Unlawful, Voids Absolutely, Invalid, Extra Legem, Abusive, Capricious, Arbitrary, Deceitful, AD VINITIO, Ultra Vires, Usurpers, Wrongful or by Acts in Fraudem Legis or Fraud Appearance Legal o Catoniana Regula by functionaries Corruptions lawyers and judges for NOT Pay Me Prof. Dr. José M. Font De Santiago $637,616,780.58 Punitive Damages Millions Dollars Direct and Indirect foreseen and unforeseen Payable Immediately Prof. Dr. José M. Font De Santiago claimed in full payment plus 7% monthly interest from retroactive filing of the case are $44,633,174.64 to $682,249,995.22 Millions Dollars a large subtotal to pay immediately to Prof. Dr. José M. Font de Santiago (Written in Spanish were attached to 29 pages) plus 7% interests beginning Start the Lawsuit in 1980 and 2003 until today and more others Continuously

Damages and Perjudices and Punitives Damages, with malicious distorting and dilating Illegally or stealing by state officials created the new slavery of involuntary servitude through unemployment, CREATING the state Nullity of "rights" or the ANTIESTABLISMENT state created for the benefit of lawyers who live and INJUSTICE CRIME for Violation MY Civil Rights among others Violations Rights committed against the U.S. Citizens in All Nation also Prof. Dr. Jose M. Font De Santiago, which is contrary to the TRUE CONSTITUTIONAL UNITEDT STATES LAWS that SEND, FORCES, and ORDERED the CONSTITUTION FEDERAL CONSTITUTION and the Governments VIOLATE PRIVATE PROPERTIES LICENSES RIGHTS of U.S. CITIZENS, CAUSE DOUBLE FAIR COMPENSATION for Meritorious Citizens which showed CORRUPTION of the Publics Functionaries Administratives of the Governments is CONTRARY to the CRUEL & INUSUAL, Prohibited by Violation of the Establishment APPLICABLE to the WARRANTIES OF RIGHTS immunizations for citizens in the State of American Law against by public officials and unjust enrichment and illegal Lawyers and Restricting: IMPAIR, DEPRIVE AND VIOLATE OUR CITIZENS **Unalienable Rights** which are enshrined (**Sacred Rights**) in the Constitution USA I **quote Article I section # 9 NO Bill of Attainder or Ex Post Facto Laws Shall Be Passed or whether this procedure is absolutely prohibited by Federal Government officials, state or territory, and section # 10 Cite NO Impairing Obligations of the Contracts which is the Supreme PROHIBITION Specific Obligation Imposed by the Founding Fathers of the United States of America guarantees the Right to Exercise FOREVER (RIGHT TO WORK) of the Professions with their Licensed Professions that are INMERMABLES PATRIMONIAL PRIVATE PROPERTY, and Inviolable Eternal INNEMBARGABLES for CITIZENS FOR THE CREATION OF OUR RICHES (hence our families and my Children's for the Happiness and Prosperities Life for Eternal Live of Our Nation United States of America:** One year of Internship in all Professions, under the supervision of professionals designated by the state, guarantees the knowledge's and skills necessary to Exercise the Professions with Ours Professional Licenses are Inherently Exclusive Private Properties Patrimonial Fundamental Inalienable Illegislables Rights of the Citizens, Guarantees INMERMABLES IN SUPREME CONSTITUTION of U.S.A., Certainly the state police power, the Founding Fathers of U.S.A. **Never Delegated** to any republican form of government, without  Constitutional Due Process of Law Impair, Deprive and  Violate Rights Properties Jure of PROFESSIONS LICENSES FOREVER for the quoting V CITIZEN NO PERSON... NOR BE DEPRIVE OF ... PROPERTY WITHOUT DUE CONSTITUTIONAL PROCESS OF LAW, NOR SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE, WITHOUT JUST COMPENSATION **Rights, Freedoms and Fair Compensation (DOUBLE**) Just Cause Meritorious Citizen Justices in Laws but especially in the larger contract or SUPERIOR SUPREME Law High called **Constitution of the United States of America and its Amendments I, IV, V, VIII, IX, X, XIII and XIV, referred to being raped, and demand payment for Damages and Perjudices, Loss of the ability to create lost profits for 32 years of Usurpation, wrongful or theft by the state against me Prof. Dr. Jose M.**

**Font De Santiago, M.D. Surgery Health Professions Licensing Ophthalmologist, what is forbidden by the Federal Constitution as Cruel and Unusual for Violating the Law to Prosperity and my Family, as I refused all the benefits that produce the Exercises my profession in all its fields and undermined and Violated the Right to Due Process and Equal Protection Law of the Laws guaranteed by the Constitution of the United States of America and its Amendments I, IV, V, VII, VIII, IX, X, XIII down with the Fourteenth Amendment of USA, which in 32 years of Violations and Deprivation of my Rights and Properties Professional Licenses of Dr. Font Evidence in Pericial Informe to Generates Capacities Lucros Cesantes of over 20 years $268,808,390.29 Millions Dollars, more BAD FAITH (Double Compensations) LITIGATIONS by TOTAL FAILURE CAUSED JUSTICE in state courts of the Commonwealth of PR Claim it orders the payment of Double Compensation of $268,808,390.29 Millions Dollars equal to $537,616,780.58 and $100,000,000.00 $637,616,780.58 Punitives Damages Millions Dollars Direct and Indirect foreseen and unforeseen Payable Immediately Prof. Dr. José M. Font De Santiago claimed in full payment plus 7% monthly interest from retroactive filing of the case are $44,633,174.64 to $682,249,995.22 a large subtotal Millions Dollars to pay immediately to Prof. Dr. José M. Font de Santiago.** Written in Spanish were attached                    to                    29                    pages.

6.  Today The Hospital Menonitas of  P.R. 'won" the form Illegal and Unconstitutional without of the Right Violating Due Process Constitutional Law and Violation (by Criminal **Trick and Graves Deceives: DOLOS**)  to the Right Equal Protection under the Laws of Law among others Dispositions under the LAW and Declare Illegal and Unconstitutional because Violate the Impartial and Just. adjudication The Hospital Regional Caguas, P.R., for that reason is illegal, Null Absolutely, and Void, Ultra Vires, Ad Vinitió, Extra Legem, Fraud Intrinsic and Extrinsic, by Encumbered, Conspiracy, Criminal Negligence for Obstruction of Justice ALL CONTRARY to the LAW to Benefit Transaction the ILLEGAL and UNCONSTITUTIONAL "Adjudication" above the Law to Directors Board of the Hospital Menonitas, by Sra. Jane Doe called Huertas, Dr. Lorenzo Gonzalez, Guillermo Somoza y Luis Fortuño, Thomas Rivera Schatz y Jennifer Gonzalez and his and her employees,  because de Hospital Regional de Caguas, P.R. is not the Government, and If the People of Puerto Rico.   That in the year 2009 lies PURCHASE PROPOSAL of the Regional Hospital of Caguas, PR and in 2011 he (Dr. Font) again reaffirmed by the same urgent proposals to the Secretary of Health, Commonwealth of PR Dr. Lorenzo Gonzalez and his assistant Ms. Huertas, Commonwealth's Attorney of P.R. by Guillermo Somoza, the Claimant Prof. Dr. José M. Font De Santiago, reordered Sales Administration at the Regional Hospital of Caguas, PR to restore and rebuild, among other actions to optimize their health and medical services to patients for the Benefit of the Community and convert it to a First Order Medical Center (**My START PLAN A-Private with Private Credits, which creates massive job without government a penny, which grants all permissions, is the real solution of unemployment in Puerto Rico, USA and the World**) and **Millions**

**Dollars** therefore is closed at this time that institution by gross negligence of Hospital Administrations Turns All governments and Inability to public and private officials who have "managed" bringing that total physical and economic deterioration to the Hospital Regional de Caguas, PR, and Attitudes of obstruction of justice and personal and partisan interests, hence by people who never had Clear objectives, honest and sincere OR LEAD TO SUCCESS CALL THIS HOSPITAL REGIONAL CAGUAS, for as long as the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests Premeditation, Treachery and Malice, Arbitrary, Unfair, Caprice, Administrative and Judicial Corruption state Ex Post Facto Law, Unconstitutional, Illegal, Null and Void Absolutely Legem, Arbitrary, Capricious, Abusive, Discriminatory Government of the Commonwealth of PR, and a fair and impartial because due process and equal protection of laws in favor of honest people like Prof. Dr. José M. Font De Santiágo undersigned, especially when under the Rossello administration allowed the sale of which have been the opposite of what happened with The Regional Hospital Caguas, PR, for this I would sell the Hospital Dr. Font subscribing publicly expressed by Dr. Health Secretary Carmen Feliciano in the country's newspapers NUEVO DIA, Stipulatio and Antitrust (ANTIMONOPOLY) Law also not permitted and forbidden, continue to create a small splinter group of vested interests like Mr. Artau of First Medical and Hospital Pavia including 18 Hospitals in PR it has, like others, who are maintain absolute control of the poor and rationalism "health services" in PR, which is contrary to law and the antitrust laws of PR and the Constitutions of the Commonwealth of P.R. and The Federal Constitution and its Amendments I, IV, V, VIII, IX, X, XIII, XIV to fall together with amendments to USA Federal Antimonopoly Laws and in U.S.A. and especially in the No Impairment of Contract Obligations which is absolutely prohibited Constitutionally VIOLATION AND claim against the Department of Health of PR and the Commonwealth of P.R. through the Attorney Secretary of Justices of P.R. Guillermo Somoza $50 Million Dollars for allowing such violation of my rights and Federal Laws, as well deprive of good and cheaper, providing excellent service HEALTH which will benefit all the People of Puerto Rico, at the same time the application proposal for the lease, operation and administration of Caguas Regional Hospital are absurd, unreal denoting premeditated wickedness and treachery that took place and that promotes a form and manner to continue conspiring and abetting acts contrary Committed by administrators Shifts in the Regional Hospital of Caguas, preventing the transparency of actions contrary to law and TOTAL FAILURE CAUSED THE JUSTICE in state courts of the Commonwealth of PR, that any court can not and also has LIABILITY of specific performance, because it would a mockery of justice non-compliance, and becomes the Court of Bankruptcy Court in the revolving door ENTE which leaves unpunished certain Directors and Boards or people of power, without making before a true depth to Descartes Research CRIMES COMMITTED BY THE SAME and therefore, with all respect be ordered here as an Order of Claiming Cease and Desist PROCESSING OF RENT Caguas Regional Hospital, PUERTO RICO v. Secretary of Health Dr. LORENZO GONZALEZ and SECRETARY Commonwealth Law of PR Guillermo Somoza and the

Court itself (administrative) BANKRUPTCY COURT of District of Puerto Rico under the First Amendment of the U.S. quote petition the government for redress of grievances and Give $50 Millions Dollars for Violation of Civil Rights and other ongoing damages and Punitives Damages $50 Million Dollars (It would have the Mortgage Millionaire ADOPTED at 24 hours in a HARD Bridge LOAN moneys in a Funding Group in USA, if I am given the Purchase of the Hospital Regional de Caguas, PR) and / or **I (Dr. Font) claim shall** order an immediate embargo on the Regional Hospital of Caguas, PR partial payment and request an order for immediate payment against any money held in accounts of any bank in PR or the United States of America that the Government of Puerto Rico may have, and any other negotiable instruments to pay for legitimate claims PAYMENTS JUST CAUSE ALL THESE URGENT MERITORIOUS $ 750 MILLION DOLLARS (money) Dr. Jose M. FONT DE SANTIAGO applicant, that the U.S. CONSTITUTION I've tried and guarantees and the rules of the Tribunal's (Dr. Dr. Font) AWARD LEGAL AND CONSTITUTIONAL under the First Amendment of the U.S. Petition the government for Redress of Grievances and V Amendment USA DO NOT TAKE private property for public use (by usurpation, and wrongful arrest and unconstitutional) WITHOUT the FAIR (DOUBLE) Compensatory down by the Constitutional Amendment XIV USA and ALL REPRESENT REAL TRUTH FACTS OF THIS TOTAL LEGAL WRITING WITH EVIDENCE, EXPERT WITNESSES AND REPORTS medical and economic, is the CORRECT ORDERS MANDATORY they impose and the Federal Constitution. And claims through the Article VI Supremacy Clause of the U.S. that was not instituted JUSTICE TO VIOLATE THE RIGHTS OF CITIZENS Dr. Joseph M. Font, but as officials to comply and to assert the U.S. Constitution and its Amendments I, IV, V, XIV among others, and ORDER to HONORABLE COURT UNDER FIRST AMENDMENT of U.S.A. Petition to Government Redress of Grievances Immediate Payment of the Grand Total of **$1,242,408,890.41 BILLIONS DOLARS to  Prof. Dr. José M. Font de Santiago**. GOD BLESS AMERICA.

II      Legal      Basis      for      Granting      CLAIMED      Remedy

7. These cases of Prof. Dr. José M. Font De Santiago meets the criteria established by the Honorable Court to issue a Preliminary Injunction, Temporary and Permanent, which are: 1. the nature of the damage that may occur to parts Injuction granted or denied, 2. its irreparable or the existence of an adequate remedy granted by law, 3. the likelihood that the party will prevail eventually promote you to resolve the dispute on its merits; 4. the likelihood that the case was academic take the Injuction is not granted, 5. the possible impact on the public interest remedy claimed. Puerto Rico Telephone Co. V.      Superior      Court      103      D.P.R.      200      (1975).

8. The damage described above is exposed to which Plaintiffs are not likely to be repaired      properly      by      any      other      remedy      in      law

11

9. There is a huge probability that you do not broadcast this appeal, the defendant suffers an irreparable damage if the day came and continued to increase Damages, among others, Continuous Damages which are mandatory, to repair the damages, which could file an action in another jurisdiction Judicial Aerolineas Argentina 1988 case in    federal    court    in    New    York,    USA    and    Nation.

10. For these reasons we respectfully claiming this extraordinary remedy of this Honorable Court since it is the Court of Federal District Court of PR the DAR CONSTITUTIONAL OBLIGACION specific performance as provided in the Federal Constitution of USA Avoid Embarrassment and the USA International and Puerto Rico. 12. # 65 among others Federal Rule of Civil Procedure provides for the issuance of this Order    of    Injunction    Preliminary,    Provisional    and    Permanent

A PRELIMINARY Injuction order, temporary and permanent may be adopted without prior notice to the adverse party or his attorney only if (1) clearly appears from the facts in an affidavit or sworn complaint, to prevent injury or damage immediately and irreparable harm to promote yourself before you can be notified and hear the adverse party or his attorney, and (2) if the petitioner or attorney certifies in writing to promote you the same court, the proceedings have been made, if any, for notification and the reasons therefore MY CLAIM THAT IS NOT REQUIRED if notification under Arecibo. Bld. Corp. v.. Superior Court 101 D.P.R. I am REAL Truth of the Facts and Constitutional Law Prof. Dr. José M. Font De Santiago ABSOLUTELY IN LAW.

12. The Honorable Court Granted this Injuction PRELIMINARY, Temporary and Permanent result in a matter of INTERNATIONAL LAW (**De Jure LEGATORUM**) PROPORTIONS BASED ON LEGAL REAL TRUTH OF THE FACTS, AS I SURE DEFEND as SOLDIER: <u>American Constitution (TRUE Democracy of LAW</u> ) against external    enemies    but    especially    <u>against    the    Internal    enemies</u>.

13.    This    case    is    filed    shall    be    immediately    notified    ALL    PARTIES

14. ORDER of injunction should this preliminary, interim and permanent when the Petition is that the Claimant assists with Prof. Dr. José M. Font De Santiago therefore ABSOLUTELY IN LAW RIGHT TO REMEDY IS CLAIMED, and the remedy or part of it, consist in preventing the commission or continuation of the act complained of, either for a limited period or perpetually, when the PETITION AFFIDAVIT OR RESULTING THE COMMISSION OR FOR ANY ACT UP DURING THE LITIGATION, SHALL LEAD TO LOSS OR DAMAGE TO ANY OF THE PARTIES AND WHEN THERE IS NO REMEDY OR AVAILABLE RIGHT IN LAW TO PREVENT DAMAGE OR THREATENED AGAINST PARTY RULE promoter, OR WHEN PECUNIARY COMPENSATION RESULTING                    be                    irreparable.                    .

**CONSTITUTIONAL**                                        **EXPOSITION**

12

It was conducted under rules 21.1 and 21.2 of Civil Procedure PR I assert and establish the APPROACH CONSTITUTIONAL REVIEW CONFIRMS OR PROFESSIONAL and as the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests "prohibition of sale or disposal by contract Caguas Regional Hospital, PR Premeditation, Treachery and Malice, arbitrary, unfair, capricious, EX POST FACTO LAW, unconstitutional, illegal and null and void and ABSOLUTELY LICENSES CAREERS PRIVATE OWNER RIGHTS is a very personal INHERENT INALIENABLE FUNDAMENTAL EQUITY ILEGISLABLES of every citizen, NEVER DELEGATE TO ANY POWER FEDERAL, STATE OR FEDERAL TERRITORY PUERTO RICO article I quote section # 9, 3 No Bill of Attainder or EX POST FACTO LAW (NO) Shall be Passed expropriated acting force or NO Embargo Properties (ones of them are the Licenses of Professions) of the Citizens and Article III section # 2 The judicial Power shall extend to Any case arising under this Law U.S. Constitution, its Amendments I, IV, V, VIII, IX, X, XIII ALONG WITH THAT LAW AS WELL AS THE AMENDMENT XIV Declaration of Independence, 1776 (Pursuit of Happiness which is the True Supreme National Law and the Laws of the United States, Paris Peace Treaty of 1898 item # quote and shall be entitled to exercise their profession and the Universal Declaration of Human Rights of 1948, down by Article VI Supremacy Clause as INVIOLABLE.

14.That the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests "Sale or transfer of Contract of the Regional Hospital of Caguas, PR and "exam professional or revalida" are Ex Post Facto Law, Unconstitutional, Illegal, Absolutely Null and **Void, have** NOT Constitutional RANK as Judge of the Supreme Review of PR (Now President) Hernandez Denton in the Case of Roman Zaida Vargas vs.. Board of Medical Examiners of Puerto Rico, and asserts the Professions Licenses is a Private Property Right Inherent CONSTITUTIONAL FUNDAMENTAL ILLEGISLABLE INALIENABLES (JUS POSSIDENDI is have Legal Right to Posses, consequence of being the owner) INNEMBARGABLE Irrevocable and inviolable NEVER DELEGATE by THE FOUNDING FATHERS OR CONSTITUENTS OF THE UNITED STATES OF AMERICA **to any republican form of government** ANY EXECUTIVE, LEGISLATIVE AND JUDICIAL FEDERAL, STATE OR FEDERAL LAND AS PUERTO RICO, that the "government or state" of the Commonwealth of P.R. and Government of U.S.A. These are just the custodian of our PROPERTIES (**DE JURE LEGATORUM** or DECLARATION of RIGHTS **Inviolable and Undeniable Supreme Laws** (Article I, III and VI and Amendments I, IV, V, VII, VIII, IX (not be construed (immutable) the effect of denying or restricting other rights retained by the people or citizens), X, XIII coming down with the Fourteenth Amendment of the U.S.: immutable) NATION) PRIVATE RIGHTS ILEGISLABLES UNALIENABLE PROFESSIONS LICENSES OF CITIZENS (We the People: SOVEREIGN IMMUNITY AND KINGS),

which are the sole owners of these properties UNNEMBARGABLES WHATSOEVER (as said in the FEDERALISMO ALEXANDER HAMILTON quote **THE KING (CITIZENS) not delegate anything to the Prince (3 republican form of constitutional ONLY delegates Duties and ANY AUTHORITY to IMPAIR, DEPRIVE and VIOLATE OURS RIGHTS, OURS< PROPERTIES, OURS LIBERTIES and OURS JUST (DOUBLE) COMPENSATIONS, and also NEVER COMMITED CRIMES AGAINST US: Citizens)** with DUTY of specific performance of civil servants in the "government or state" and constitutional obligation (De Jure legal or implied as matter of law or implied as matter as Right) Inescapable of delivery (this is the associate judge of the court PR supreme now President Hernandez Denton said in a dictum in the case of Vargas v. Roman Zaida. Tribunal "examiner" Doctors of PR 1984 said the **revalida NOT have Constitutional RANK**, hence the "revalida of P.R. or professional examination" and the United States of America are Ex Post Facto Law, Illegal, Unconstitutional, Extra Legem, Ultra Vires and quote Absolutely Null and Void because it violated Article I section #9 quote clause Constitutional **NO Bill of Attainder or Ex Post Facto Laws (NO) Shall be Passed to the U.S. Constitution** and all this is the Real Truth of the Facts, Prof. Dr. JOSE M. FONT DE SANTIAGO PHYSICIAN & SURGERY & OPHTHALMOLOGIST 32 years, THE GRADUATE December 14, 1979; (because it was working before the approval and graduated in June and had taken (past) validates the accepted PR and a step 92 of the notes)) INTERNATIONAL UNIVERSITY Eugenio Maria de Hostos in SANTO DOMINGO, DOMINICAN REPUBLIC with Decree # 3436 (License) of President Joaquin Balaguer to deliver doctorate degrees Authority IN MEDICINE AND SURGERY and Other Degrees Titles, and ended May 15, 1989 SPECIALTY (ALL COURSES Medical and Surgical) in Ophthalmology at the (HUGE) UNIVERSITY HOSPITAL (from Nobel Prize) UNIVERSITY OF URUGUAY, MONTEVIDEO, URUGUAY REPUBLIC, (Recognized, No will apply the "rules (Ex Post Facto Law) to recognize medical schools abroad" and Regulation Act of the Commonwealth of Puerto Rico in 1957 prohibited the application but was registered and approved and (never) Published by the Official Gazette of the ELA PR, not published since 1972, was never signed by the Governor for Duty came into force, which never came was in force "rules to recognize medical schools abroad" because the government never fulfilled or state with the Regulations Act 1957, it was and is ABSOLUTELY NULL & VOID your application (the regulations or Normas) "I had the opportunity to take the exam the United States and ask and I objected and refused to be unconstitutional, illegal and void, Absolutely NULL and Ex Post Facto LAW because it violated U.S. Constitutional Law Clause NO Bill of Attainder or Ex Post facto Law Shall (NO) Be Passed, Constitution of USA, and I RECLAIM to President John Doe of the Board of Medical Examiners of Puerto Rico and / or John Doe President Medical Licensing and Discipline Board of PR claim ALL MY LICENSES CAREER or PROFESSIONAL because the CITIZEN'S HAVE FUNDAMENTAL CIVIL CONSTITUTIONAL PATRIMONIAL PRIVATE PROPERTY PROFESSIONAL LICENSES INALIENABLE ILLEGISLABLE INHERENT RIGHTS of the CITEZENS, NEVER, BY THE FOUNDING FATHERS, DELEGATES TO ANY FEDERAL republican form of government, states or territories (PUERTO RICO),

which denied the unlawful and unconstitutional and void, **being  NO BILL of Attainder (immutable) or EX POST FACTO LAW SHALL (no) BE PASSED imprescriptibly by the Constitutions** that all terms of the Commonwealth of Puerto Rico and Government of USA and ELA lawyers never sent any motion to Claimant Dr. Font, who protested (Object) and asked for Summary Judgment Against the State (Commonwealth of Puerto Rico and U.S. Government) and the judge ignored, No person above the LAW, **NO ESCAPE SUPERIOR FEDERAL cited SCHEUER vs. Rhodes 94 S. Ct. 1683**; PADIN vs. ROSSI 100 DPR 262 THE COURT have obligations Order Summary Judgment, First England Evangelican Lutheran Church vs. Los Angeles County 482 U.S. 304 BUT WHEN GOVERNMENT TAKING o EMBARGO the PRIVATE PROPERTY TO the CITIZEN, THE GOVERNMENT HAS THE OBLIGATION (IRREVOCABLE CONSTITUTIONAL) TO PAY DAMAGES ( and PERJUDICES among OTHERS Continuously Punitives Damages)  BY THE TIME THAT HAS BEEN TAKING EFFECTIVE EMBARGO (RIGHTS ARE Properties and Properties are RIGHTS (OCCUPATIONAL or PROFESSIONALS LICENSES Inviolable because the All CITIZENS are PRIVATE OWNERS to those RIGHTS and those Properties (PROESSIONAL LICENSES) of CITIZENS NEVER DELEGATES by FOUNDING FATHERS to any form of GOVERNMENT: JUS POSSIDENDI is right to possess, legal consequences of owning or CONFIRMS therefore exam (it is a government antiestablishment) NO has Constitutional RANK and Constitutionally Prohibited IS ABSOLUTELY VOID and NULL by made out of the law by the Public Functionaries Corrupters are EX POST FACTO LAW or I**rretroactivity**, UNCONSTITUTIONAL , ILLEGAL and Ultra Vires because it conflicted with quote PROPERTIES RIGHTS of PROFESSIONAL LICENSES  DOCTRINAL SUPERNORMATIVO SANCHEZ vs. LOPEZ 118 DPR 701, one or more people conscious, voluntarily and knowingly cause damage to an injured party, everyone is responsible for the damages to INJURED among other cases cited: DENT VS. WEST VIRGINIA 129 U.S. 114  The RIGHT TO WORK, IS A PROPERTY RIGHT,  AMY ANGULO VS.  JUMPING SPORTS ADMINISTRATOR DEPARTMENT 116 D.P.R. 414 TO DENY A LICENSE, THE RIGHT TO Violated JOB, THIS IS, TO EARN AN INCOME AND JUST TO HAVE A DECENT AND LIFE, THE RIGHT, TOGETHER WITH THE RIGHT TO LIFE, ARE BOTH RIGHT INALIENABLE OF MAN, AND FROM PERSON TO DEPRIVES HIS / HER LICENSE IS AN UNDEFINED FINE, (that) ESTABLISHMENT MAY AND TURN INTO A **Cruel and Unusual Punishment PROHIBITED BY THE CONSTITUTION**, THE PEOPLE VS. TORRES ALBERTORIO 115 DPR 128 Affects WHAT OPPORTUNITIES WORK, EDUCATION OR THE PROFESSIONAL LICENSE, MAY CONSTITUTE INVASION OVER (THE) RIGHT TO INTIMACY, Marbury v.. MADISON 1 CR . (5 U.S.) 137, 173 - 180 (1803) IS THE LEADING CASE OF ALL AGES, BECAUSE IT ESTABLISHED THAT THE CITIZENS HAVE AN **Entitlement** OVER HIS OR HER PROPERTY (PROFESSIONALS LICENSES) THAT IS NOT SUSCEPTIBLE OF A TAKING BY THE STATE'S apparatus "GIBBONS VS. Ogden 22 U.S. 1 when a "law" state and are in conflict FEDERAL LAW, THE FEDERAL LAW (Immutable) is Supreme LAW; OPINION OF ATTORNEY # 18 OF 1958, RODRIGUEZ VS. MUNICIPALITY OF SAN JUAN 53

DPR 49 (1938); SUCN. GARCIA VS. AUTHORITY OF HIGHWAY 114 DPR 676 THE COPYRIGHT IS EXCLUSIVE (OCCUPATIONAL LICENSE IS A FUNDAMENTAL CONSTITUTIONAL CIVIL ASSET PRIVATE OWNER ILEGISLABLE INALIENABLE INHERENT TO EACH CITIZEN) AND NOT AGREE TO THE USE OF A PROPERTY (INCLUDING PROPERTY IN ANY FORM OCCUPATIONAL LICENSES) **for purposes contrary to the rights of the owner (jus possidendi** DR. JOSE M. FONT), THE CAUSE DAMAGE TO A FARM (O PROPERTY IN ANY WAY SHAPE AND INCLUDING LICENSES PROFESSIONS above (Article VI Supremacy Clause) to the U.S. Constitution and its amendments) is tantamount to depriving TO YOUR PROPERTY OWNER (Dr. Jose M. Font de Santiago) and in this sense LAW PROTECTS ME, Gibbons vs. Order 22 U.S. 1 when there is a dispute between a state and federal law, federal law is Supreme; PADIN VS. ROSSI 100 DPR 262; VAZQUEZ VS. TRIBUNAL SUPERIOR 78 DPR 744 COMPLIANCE REQUIRED ORDER DAMAGES and PERJUDICES to Dr. Font; Geofroy VS. RIGGS 133 U.S. 258 power or government can not do what the Constitution forbids; HOLDEN VS. HARDY 169 U.S. 366 PROPERTY OR PROPERTY RIGHTS CAN NOT BE TAKEN FOR THE BENEFIT OF A FEW PEOPLE OR BENEFIT OF THE STATE; ALLIED VS. SPANNUAS 2716 98 U.S. GOVERNMENT CAN NOT ALTER THE TERMS OF THE CONTRACT (Supreme Law); PERRY VS. SINDDERMAN 408 U.S. 593 THE GOVERNMENT OR POWER CAN NOT DENY RIGHTS PROTECTED IN CONTRACTS (U.S. Constitution and its Amendments) MALDONADO WIDOW VS. MENDEZ 88 DPR 263; TENNESSE V. L. Ed 2d 158 LANE 820; DOCTRINE CASE SUPERNORMATIVO SANCHEZ VS. 118 DPR 701 LOPEZ WHEN ONE OR MORE PERSONS Causes INJURED harm a solidarity are ALL RESPONSIBLE FOR DAMAGES TO THE INJURED, with his Damages and Perjudices; SCHEUER VS. RHODES 94 S. CT . 97 NO ESCAPE TO THE SUPERIOR AUTHORITY OF THE FEDERAL CONSTITUTION, Armstrong VS. Roberto Sanchez Vilella 74 DPR 172 can remedy (for violation of civil rights) against the official in his personal capacity only if such actions do not fall within of his duties or be within those duties, only if the duties or exercise of those rights are constitutionally NULL; FIRST ENGLAND EVANGELICAN LUTHERAN CHURCH VS LOS ANGELES COUNTY 482 U.S. 304 Once it is determine that a taking has taken, the government has the duty to compensation the owner for the time that the taking was Effective; Civil Action Party vs. COMMONWEALTH OF PUERTO RICO 150 DPR 359 and BLD CORP ARECIBO. VS. SUPERIOR COURT 101 DPR 720, 726, 727 (1973) cited the Supreme Court of P.R. cite Proceed Order Judicial Sentence by Allegations (Asseverations) when emerge NO EXIST SUSTANCIAL CONTROVERSY, MAKE UNNECESARY TRIAL VIEW BY THE ASSVERATIONS, PROOFS OR EVIDENCES IRREFUTABLES OR UNBEATABLE " CITE V AMENDMENT NO state can Private (PERSON) Property be taken ( ILLIEGAL TAKING or Embargo Professionals Licenses of Citizens; Jus possidendi ) for public use, without due process of law and without **Just** (DOUBLE FOR BAD FAITH LITIGATIONS OF THE Governments (STATES) of P.R. and U.S.A.) **Compensation** AND DOCTRINE SUPERNORMATIVE SANCHEZ VS. LOPEZ 118 DPR 701 When one or more persons consciously, voluntarily and knowingly cause damages to an affected person, all of

16

them are responsible in solidarity for the damages caused. FOR as long as States or Governments of the Commonwealth of Puerto Rico and the United States of America are ACTS of BAD FAITH LITIGATIONS    through I RELAIMS THE DOUBLE COMPENSATION) AGAINST THE DEFENDANTS OF HEADING (are CLEAR EVENTS by the Governments Acts in FRAUDEM Legis by ELA of P.R. and Federal Government of U.S.A.  and other lawmakers the Illicit or Unconstitutional or Ex Post facto Laws Legislated "revalida or exam" Professionals (Committed PREVARICATIONS) THROUGH UNDERMINE by PUBLICS OFFICERS usurp or (illicit) embargo and Violate governments states by illegal and constitutionally NULL by TAKING THE RIGHTS OF PROPERTIES  LICENSES of the CITIZENS are Ex Post Facto Laws, Unconstitutional, Illegals and ABSOLUTELY NULL & Voids without Due Process CONSTITUTIONAL Law quote of No Bill of Attainder (can not be approved by the Legislature, signed by the Executive, or violate, usurped or denied through judicial interpretation and restrict FEDERAL state or territory can not be created illegal, unconstitutional and void & Absolutely Null, which is create Totalitarianism Government and the New Slavery or Involuntary Servitude VIOLATE THE PRIVATE PROPERTIES PROFESSIONAL (CARRIER)  LICENSES, which are INHERENT RIGHT of Citizens (Owner or Jus Possidendi) and THE INALIENABLES ILLEGISLABLES RIGHT TO WORK or THE PURSUIT ( EXERCISE OF PROFESSIONS) of HAPPINESS, which is the source of the creation of wealth, since it is the FUNDAMENTAL CONSTITUTIONAL RIGHTS HERITAGE CIVIL DEMOCRATIC Unalienable ILLEGISLABLES of Citizens, are that none of the three "powers" or duty can not INFRINGEMENT, because that's what being reserved for citizens, it would and is NO BILL OF ATTIANDER or EX POST FACTO LAW (can not Retroactive)  SHALL (NOT) BE PASSED: , for that reason is Ex Post Facto Laws, Unconstitutional, Illegals, and Absolute Null Prohibited by Constitutionals Dispositions for that reasons are Extra Legem, Ad Vinitió or Catoniana Regula the Revalida or Professional Examination"" , and as the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests "prohibiting sale or disposal by contract Caguas Regional Hospital, PR IS FORBIDDEN TO BE CONSTITUTIONAL ABSOLUTELY NULL & VOID, EX POST FACTO LAW, Unconstitutional, Illegal and Ultra Vires as being contrary to Law and not have Constitutional Rank, the constitutional provisions are undermined the obligations of contracts, for that reason are Illegal and Unconstitutional, EX POST FACTO LAW AND ABSOLUTELY VOID & NULL Professional Examinations in all States, territories and also in the all Nation U.S.A., cite Article V (NO was performed as set forth in article V procedures are or how to make the amendments, was never completed (Preemption Doctrine) to give constitutional RANK to the professional examination and also  are Ex Post facto Laws the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 Prohibiting the sale, assignment, exchange and sale of health institutions to private interests "prohibiting sale or disposal by contract Caguas Regional Hospital, PR was and is the Premeditation, Treachery and Malice, Arbitrary, Unfair, Capricious EX POST FACTO LAW, unconstitutional, illegal, null and void and ABSOLUTELY would also be a detriment to the constitutional

guarantees of rights and property OBLIGATIONS OF CITIZENS, which is constitutionally prohibited is therefore NULL, BECAUSE violate the Article I, V and VI U.S. Constitution and Article VII of the Commonwealth of PR "SUPREME" LAW INCLUDING absolutely prohibits the impair and VIOLATIONS OF CONSTITUTIONAL due process of law and also the Major Social Contract, by malice, treachery, usurpation, insidious, ABUSIVE, capricious, arbitrary, form and manner UNLAWFUL impairment, wrongful and unconstitutional producing the Obstructions of justice and Violate (using NULL constitutionally banned TAKING ILLEGAL and therefore unconstitutional and Null John Does Officials of Publics Functionaries Governments: President of the Examining and / or John Doe President Board of Medical Licensure PR Governments of the Commonwealth of Puerto Rico and the United States of America) to IMPAIRS, and VIOLATES CIVIL    CONSTITUTIONAL RIGHTS FUNDAMENTAL DEMOCRATIC ECONOMIC INALIENABLE ILEGISLABLES (De Jure LEGATORUM inviolable) Citizens are IRREVOCABLE Constitutional Obligations of Due Process Constitutionals of law and Rights Equal Protection Constitutional of the Laws of both Constitutions (E.L.A. of PR and the U.S. Constitution and Amendments I, IV, V, VIII, IX, X, XIII, XIV of U.S.A. AMENDMENT NO state shall make or enforce any law which shall abridge the privilege or immunities of Citizens of United States; nor shall state deprive any person of life, liberty or property without due process of law; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS (RIGHTS LISTED) of CITIZENS OF THE UNITED STATES OF AMERICA) being the Revalida or Exam Professional are EX POST FACTO LAW and UNCONSTITUTIONAL AND SECOND the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests "prohibiting sale or disposal by contract Caguas Regional Hospital, PR EX POST FACTO LAW are INVALID, INCONSTITUTIONAL, ILLEGAL, NULL ABSOLUTELY & VOID, capricious, arbitrary, abusive, discriminatory and impairment, DEPRIVE , Violate and usurp the **rights** CLAIMED BY PROF DR. JOSE M. SANTIAGO FONT through the Commonwealth's Public Officials of PR, which is contrary to the LAW of the Supreme Obligations to deliver the PROFESSIONS LICENSES are PROPRIETARY **Private** RIGHTS EACH CITIZEN   GUARANTEED Supreme law of the Nation through the Supremacy Clause Article VI SPECIFIC ORDER: Stipulatio OATH OR FUNDAMENTAL RIGHTS ARE DEMOCRATIC PRIVATE PROPERTIES PATRIMONIAL INALIENABLE INHERENT ILEGISLABLES INVIOLABLE PROFESSIONS LICENSES IS A RIGHT EACH CITIZEN (OWNER) GUARANTEED IN THE CONSTITUTION OF THE UNITED STATES AND ITS AMENDMENTS I, IV, V, VIII, IX, X, XIII and XIV through Article VI Supremacy Clause USA AS SUPREME LAW OF THE NATION: WHAT ARE THE DECLARATION OF INDEPENDENCE OF THE UNITED STATES OF AMERICA OF 4 JULY 1774 inalienable right to quote PURSUIT AND THE PARIS PEACE TREATY OF 1898 quote Item # 9 and is entitled to exercise their industry, Commerce's or Professions FOREVER FORCE (rebus sic Stantibus or permanent), SUPREME LAW OF THE NATION, THE PRIVATE UNDERMINE, Viola and Spoilers (wrongful arrest STATES OR THE GOVERNMENTS of the Commonwealth of Puerto Rico and USA)

THE RIGHT TO PURSUIT OF HAPPENING or exercise of the profession for HAPPINESS WITH MY RIGHTS IN AND ACCESSORIES (MUNIFUNDIO) OF THE CAREER LICENSE INVIOLABLE ( NEVER OWNED BY EACH DELEGATE TO THE STATE CITIZEN BY FOUNDING FATHERS OR CONSTITUENTS OF THE UNITED STATES OF AMERICA) DEPRIVATE impairment BUT VIOLATED and usurped illegally and unconstitutionally (NULL) not only the constitutional right to due process of law and equal protection of LAWS, the Supreme Prohibition Clause: **NO IMPAIR OBLIGATIONS of CONTRACTS and Violated First Amendment Petition to Government to Redress of Grievances of U.S.A.** BUT ALSO CAUSED Premeditated, Treachery, Malice, ARBITRARY, abusive, illegal, unconstitutional, void & Null ABSOLUTELY, is EX POST FACTO LAW AND VOID (All REGULATION OF PROFESSIONAL REVIEW CONFIRMS of PR and USA, THE STATE ELA PR, John Doe President of the Examining and / or John Doe President Board of Medical Licensure PR and USA caused extensive Damages and PERJUDICES irreparable harm LOSS OF PROFITS AND / OR LOSS OF THE ABILITY TO GENERATE PROFITS IN PARTICULAR CITIZENS THE DR. JOSE M. SANTIAGO FONT embargo (TAKING ILLEGAL and UNCONSTITUTIONAL and VOID BY THE COMMONWEALTH PR and USA) MY LICENSES CAREERS WITH ALL DAMAGES HUGE intended and unintended direct and indirect age 32 double compensation is requested Fraud Tested against all public officials and Defendants including the "commonwealth" of Puerto Rico and the GOVERNMENT of the UNITED STATES OF AMERICA PROHIBITED BY LAW PROF against me. DR. JOSÉ M. FONT DE SANTIAGO, PUERTO RICO AND CITIZENS UNITED STATES OF AMERICA, as the SUPREME LAW ARE THE ONLY SOURCE OF AUTHORITY IMMUTABLE, annulment or nullity and forbidden (THE GOVERNMENT antiestablishment) Such acts of unlawful expropriation and unconstitutional that go against THE RIGHTS AND PROPERTY (ESTABLISHMENT OF THE FEDERAL CONSTITUTION IRREVOCABLE) that irrevocable guarantee rights, property, freedoms (MIS PROFESSIONS LICENSING) OF THIS CLAIMANT DR. JOSÉ M. FONT DE SANTIAGO, AND THAT SHOULD BE COMPENSATED WITH THE DOUBLE COMPENSATION AGAINST HEADING ALL DEFENDANTS OF SOLIDARITY ELA PR and USA Government. This occurs when impairs, private (USURPER and seizure) VIOLATES THE LEGAL viewed in its entirety or when it violates a COMPULSORY STANDARD (AS Authority Supreme law and the law to a fair trial must be fair as the undersigned DR. JOSE M. SANTIAGO FONT. This Ordinance is violated because public officials can not violate the SUPREME LAW CREATING THE NEW SLAVERY PROHIBITED BY THE CONSTITUTION INVOLUNTARY TO UNDERMINE, Private, Violate usurped FUNDAMENTAL CONSTITUTIONAL CIVIL RIGHTS OWNERS PRIVATE EQUITY INHERENT ILEGISLABLES INALIENABLE GUARANTEED FOREVER PROFESSIONS LICENSING OF CITIZENS IN THE SUPREME LAW OF THE COUNTRY INCLUDING THE RIGHT TO EXERCISE OF TRADE (WORK THAT IS THE SOURCE OF THE BUILDING RICHES) which issued or is immanent THE CONSTITUTIONAL RIGHT TO OCCUPATIONAL LICENSE that preceded the UNITED STATES CONSTITUTION AND ITS AMENDMENTS OF AMERICA CITED BY THIS,

THEY ARE inviolable right of THE STATE OF DEMOCRACY (FEDERAL, STATE OR REGULAR LAND CAN NOT BECAUSE THE FOUNDING FATHERS OF THE CONSTITUTION AMERICAN DELEGATES ARE NEVER ANY FEDERAL republican form of government, state or territory, and as the provisions of the "laws" of the year 2003 # 003 and # 547 of 2004 prohibiting the sale, assignment, exchange and sale of health institutions to private interests "prohibiting sale or disposal by contract Caguas Regional Hospital, PR EX POST FACTO LAW are unconstitutional, unlawful, void, ABSOLUTELY, capricious, arbitrary, ABUSIVE discriminatory and invalid to induce impairment PRIVATE RIGHTS VIOLATION and usurp CITED AND CLAIMED BY PROF DR. JOSE M. SANTIAGO FONT, and that IS THE SOURCE OF THE CREATION OF WEALTH FOR EACH and EVERY MAN WOMAN, BECAUSE CAN NOT REPEAL THE PROVISIONS OF THE FEDERAL CONSTITUTION, public officials of the three "power" or DUTIES, by its very nature inviolable and inalienable legal. Null and void has no terms given. If the SUPREME LAW Prohibits the EMBARGO TO RIGHTS AND PROPERTIES, FREEDOM OF OCCUPATIONAL LICENSES IS A FUNDAMENTAL RIGHT PRIVATE PRPERTIES INHERENT, Inalienable and immutable ILEGISLABLE EVERY CITIZEN (OWNER), THE constitutional provisions of the Redress of grievances, under Clause CONSTITUTION OF THE JUST COMPENSATION (DOUBLE FOR BAD FAITH LITIGATIONS have been BY ELA PR and USA governments) and no impairment of the obligations (specific performance I, IV, V,VIII, IX, X, XIII, XIV AMENDMENTS including USA CONSTITUTION NO BILL OF ATTAINDER or EX POST FACTO LAW SHALL BE PASSED) AS IS EVIDENT IN THE ARTICLES AND SECTIONS AND PROVISIONS constitutional and cases cited, should and must be ordered WITH ALL RESPECT TO THE HONORABLE COURT, the absolute invalidity OF JUDGEMENT NO PLACE LIKE ANY OTHER DETERMINATION THE JUDGE AND RESTORE THE RULE OF LAW IMPOSED BY THE FEDERAL CONSTITUTION, OR ANY OTHER STATUTES, RULES, REGULATIONS, LAW, ARTICLE OR SUBDIVISION of tricky exam CONFIRMS o are null and decisions that affect the obligations (rights and property of CITIZENS) AS PRIVATE AND VIOLATE THE RIGHTS TO THE AWARD fair and impartial AGREE WITH THE SUPREME LAW OF USA : VALID CONTRACTS ARE NOT MATTER TO COURT BY THE WAY MY HONEST AND FUNDAMENTAL CONSTITUTIONAL RIGHTS MUST BE REINSTATED AS CLAIMS UNDER MY ORDERS ARE GUARANTEED IN SUPREME INVIOLABLE quoted in the writings. CLAIMS IS UNBEATABLE VALE TO CONCLUDE THAT WHEN IS PROHIBITED BY THE IMPAIR OF CONSTITUTIONAL RIGHTS AND OWNERS OF CITIZEN immediately must order a court conviction CLAIMED reaffirms my inviolable rights. WOULD OTHERWISE ILLEGAL, UNCONSTITUTIONAL, ABSOLUTELY VOID and void; RESTORE THE MANDATE OF THE SUPREME LAW AND ORDER RESTORE THE LEGAL AND PREVENT DISCRIMINATION AGAINST MYSELF, ORDERING THE IMMEDIATE PAYMENT AGAINST John Doe President of the Examining and / or John Doe President Board of Medical Licensure PR, ELA STATUS OF P.R. and U.S.A. Government by \$1,000 BILLION IN FAVOR OF DR. JOSE M. FONT DE SANTIAGO

AND INTEREST AT 7% per month from FILING, PLUS THE BAD FAITH PAYMENT OF LITIGATION (DOUBLE COMPENSATION FOR 32 YEARS) BY THE STATE ELA OF P.R. And U.S.A. GOVERNMENT cause great damages to the DR. JOSE M. FONT De Santiago PLAINTIFF petitioner Taking or Illicit embargo Professionals Licenses and the Prohibiting sale are EX POST FACTO LAW, unconstitutional, illegal, void, invalid, CONTRARY TO LAW AND THE SUPREME LAW (EX ACTING SUPERIOR STANDARD FORCE OR Authority OWN (EX PROPIO VIGORE AND ORDER THE RETURN OF THE LEGAL ORDER OF THE FEDERAL CONSTITUTION, FOR THE CONFIRMS PROFESSIONAL LICENSES PRIVATE AND VIOLATING MY RIGHTS AND PROPERTY, INCLUDING THE CONSTITUTIONAL DUE PROCESS OF LAW JUST (CAUSE) AND IMPARTIAL AND EQUAL PROTECTION OF LAWS INCLUDING MY LICENSES ALL PROFESIONS (CAREERS: JUS POSSIDENDI)   AS CONSTITUTIONAL GUARANTEES INCLUDING THE FOURTEENTH AMENDMENT quoted Prof. DR. JOSE M. FONT JUDICIAL FUNCTION OF AWARD JUST CAUSE and meritorious legal and Constitutional WAYS; AND MEANS ABSOLUTELY VOID usurped by the defendants of headings (ELA State or Government of Government PR and USA), and it is right to restore order IMPOSED AS PROVIDED LEGAL THE UNITED STATES CONSTITUTION AND ITS AMENDMENTS I, IV, V, VIII, IX, X, XIII and XIV of U.S.A. quoted: ARE CITED OR ESSENTIAL PART OF OUR ORDER SPINE and prohibited such discrimination and defamation and violation of the NO UNLAWFUL impairment of the obligations (rights and property of citizens) COMMITTED BY ALL INVOLVED IN HEADING DEFENDANTS CITED), deprived of the merit through malicious and fraudulent Misrepresentation BY THE DEFENDANT AND THEIR LAWYERS, JUST MY LEGITIMATE CLAIMS TO **redress of grievances and Fair** (CAUSE) FAIR TRIAL BY COMPENSATION MERITORIOUS (SUMMARY JUDGEMENT IN THE CASE PADIN VS. ROSSI 100 DPR 262 E FAIR IN ANY FORUM (pacta sunt servanda) vs. Fletcher. Peck 10 U.S. (6 cr.) 87 the state can not violate their own contracts (Supreme Laws and / or Constitutions: Contracts are valid no matter its form. RISS VS. NEW YORK NY 555 579 2D The "sovereign immunity" can not be Invoked to Avoid the payment of damages' under the subterfuge of financial ruin of the state. Because the state under the obligation to Have First Amendment of USA ... and to cite petition the Government for Redress of Grievances to (Apply to Puerto Rico). One year of internship (in all professions and trades ) under the supervision of professionals appointed by the state guarantees the General Knowledge for the occupations, besides increasing knowledge and skills of the profession and ensuring Trades "police power" of the state. NIEVES CRUZ VS UPR 200 JTS 91 and BLAS TOLEDO VS. GUADALUPE 98 JTS 101 HOSPITAL LOSS OF CAPACITY TO GENERATE PROFITS lost profits and other damages CONTINUOUS. THEREFORE THE CONSTITUTION OF THE UNITED STATES HAS BEEN Lighthouse, ALWAYS A STEP LIGHTING Ascending, not only of OUR TOWN (PUERTO RICO) OUR NATION AND THE UNITED STATES OF AMERICA, BUT OF MANKIND IS OUR DUTY TO PUT these inalienable rights CITIZEN AND THE FREEDOM TO WORK. Exhibits INCLUDED IN ANNEXES. The right to education and the RIGHT to Work (wealth creation) are essential parts of our

community or our society, which realize the greatness of our civilization, the more citizens receive the benefit of education and the right to work or right to exercise certain professions and LICENSING OF OUR CAREERS ARE INHERENT IN PRIVATE PROPERTY BY CITIZENS NEVER DELEGATE TO ANY FORM OF THREE DUTIES: EXECUTIVE, LEGISLATIVE AND JUDICIAL GOVERNMENT OF THE FEDERAL, STATE AND TERRITORIAL OR PUERTO RICO AS FEDERAL COLONIAL, which are fundamental constitutional civil rights Democratic inalienable and ILEGISLABLES ETERNAL EQUITY (de Jure LEGATORUM: INVIOLABLE) ALL TOGETHER ARE A REALITY THAT IS interdependent THERE IS A BASIC RIGHT AND FREEDOM OF MAN, THE RIGHT TO FREEDOM AND EDUCATION, THE RIGHT TO LIBERTY AND THE RIGHT TO EXERCISE OF PROFESSION OR JOB, THE RIGHT TO FREEDOM AND RIGHT TO LICENSING OF PROFESSIONS THAT ARE PRIVATE OWNERSHIP OF CITIZENS, THE LAW AND THE FREEDOM TO THINK, TO MEET OR JOIN FREE. ALL THESE ARE inviolable right to build MATRIX, within which is developed MAXIMUM UNDERSTANDING PERSONALITY OF MAN truly democratic, within which to achieve such ESSENTIAL HUMAN DIGNITY IS CORNERSTONE AND BASIC OF TRUE DEMOCRACY IN HER LIES DEEP LEGAL AND STRENGTH AND VITALITY CONSTITUTIONAL BECAUSE BEFORE ANYTHING ELSE IS OUR DEMOCRACY SOCIAL CONTRACT but especially IRREVOCABLE LEGAL CONTRACT SPECIFIC PERFORMANCE RETURN SUPREME AND DELIVER AS ORDERED BY THE UNITED STATES CONSTITUTION of America OCCUPATIONAL LICENSES FOR CITIZEN CITO the IRREVOCABLE SPECIFIC compliance obligation to ALL governments and officials of the EXECUTIVE, LEGISLATIVE AND JUDICIAL V AMENDMENT WILL NOT U.S. private property for public use, without just compensation guaranteed in our letters or statements of inviolable rights and its implicit guarantee of not compromising OBLIGATION OF CONTRACTS, which is the SUPREME BAN NO VIOLATION by the three powers or rather constitutional duty. because in terms of the revalidation or trick PROFESSIONAL EXAMINATION IS EX POST FACTO LAW UNCONSTITUTIONAL, ABSOLUTELY VOID and void, THE GOVERNMENT POWERS OR DUTIES OR THE EXECUTIVE, LEGISLATIVE, OR JUDICIAL FEDERAL STATE OR FEDERAL LAND OF PUERTO RICO COLONIAL HAS NO AUTHORITY OR SCHOOL (RANK CONSTITUTIONAL: Preemption Doctrine) to require or SUPPORT OF UNITED STATES CONSTITUTION CITO OF AMERICA ARTICLE I SECTION 9, 3 BILL NO PARRAGRAPH of attainder (CAN NOT APPROVE BILLS IS NULL or revalidation because they undermine Professional Exam, PRIVATE EQUITY VIOLATES FUNDAMENTAL RIGHTS OF CITIZENS ARE ENTITLED TO EXERCISE OF PROFESSION, THE RIGHT TO ENJOY THE PROPERTY degree or CERTIFICATION successful completion of all courses and PROFESSIONS LICENSING PRIVATE PROPERTY INHERENT citizens that the state is required (IS) THAT DELIVER IMMEDIATELY TO CITIZEN BECAUSE NEVER THE DELEGATE TO THE STATE) OR (NI) EX POST FACTO LAW (NO ) SHALL BE PASSED FROM ARTICLE VI OTHER PROVISIONS AS JUDGES CITO must observe (COMPLY WITH THE REQUIREMENT WITH EXACT FUNDAMENTAL RIGHTS HERITAGE PURSUIT

INALIENABLE RIGHT TO EXERCISE OR TRADE and the fundamental right EQUITY OWNERSHIP OF PRIVATE PROPERTY INHERENT OCCUPATIONAL LICENSE (JUS POSSIDENDI OR IS RIGHT TO OWN, THEREFORE BE LEGAL OWNER OF THE CITIZEN because it was never DELEGATE TO ANY FORM OF GOVERNMENT BY REPUBLICAN FORM OF AMERICAN CONSTITUENTS ARE THE BOOK TO PEOPLE AS OWNER AS IS INHERENT inviolable right TO WORK, WHICH IS L SOURCE OF WEALTH CREATION OF DENT VS. WEST VIRGINIA 129 U.S. 114, FIRST ENGLAND EVANGELICAN LUTHERAN CHURCH vs. LOS ANGELES COUNTY 482 U.S. 304 IS DETERMINED THAT ONCE IT HAS TAKEN A TAKING PLACE, THE GOVERNMENT HAS THE DUTY TO Compensate (Duty to pay damages) THE OWNER FOR TAKING THE TIME THAT WAS THE EFFECTIVE, OF Geofroy VS. RIGGS 133 U.S. 258 THE GOVERNMENT CAN NOT DO WHAT THE CONSTITUTION PROHIBITS: COMPLIANCE IS SPECIFIC MANDATE all officers but as especially judges who have the duty to comply cite Article III Section # 2 CITO EXTEND THE JUDICIARY LAW ARISING of this Constitution or Supreme Law SOCIAL CONTRACT IS INVIOLABLE OF THE NATION, NO CITO SE impairing the obligation (rights, property (PROFESSIONS LICENSING PRIVATE PROPERTY NO INCIDENT OF CITIZENS STATE DELEGATE: You have to get under I, V and XIV Amendments) and Liberties) EXPRESS: DE JURE LEGATORUM OR BILL OF RIGHTS LEGATORUM INVIOLABLE or law is inviolable Legacy: IN DEFENSE OF CONSTITUTION OF THE UNITED STATES OF AMERICA: WHY is Immutable and Imprescriptibly was you who violates the Constitution and I hereby, under the command of the First (I) AMENDMENT TO ASK Government for a redress (restitution and return) OF TORTS (damages etc.) and require specific performance of the return (and also by the Irrevocable Constitutional Clause of Article I Section 9 Paragraph 3nt quote "Bill of Attainder NO (NO projects were approved "Act") or Ex Post Facto Law or "retroactive law" (NO can or should be PASSED, APPROVED AND CONFIRMED (VOTED OR SIGNED A VIOLATION and because it is a fraud and a failure of justice and IS constitutionally prohibited by BE ABSOLUTELY CONTRARY TO STATE LAW THEREFORE NOT because it has constitutional or NO EXTRA Legem NO LEGAL AUTHORITY AS IS NULL) IS THE MANDATE OF CONSTITUTIONAL OBLIGATION AND ORDER INVIOLABLE USA) Shall be Passed "THE TERMS OF THE ORDER INNEMBARGABLE Give us back IMPOSED CONSTITUTIONAL LEGAL LICENSES CAREERS OUR PRIVATE PROPERTY OF CITIZENS IN AND HERITAGE: POSSIDENDI JUS TO CONFORM TO THE REQUIREMENTS and OBLIGATIONS (rights, property and freedoms) and imposes ESTABLISHING THE CALL UP SUPREME LAW of the UNITED STATES OF AMERICA: XIV CITO NOT shall make or enforce any law that restricts the rights and immunities (OCCUPATIONAL LICENSES ECONOMIC inherent property of the citizen) CITIZENS OF THE UNITED STATES: He broke his "showcase of democracy" (DE FACTO E.L.A. de P.R.), De Jure LEGATORUM is Legacies (Stipulatio) of inviolable rights: ULTIMATUM cease to apply and / or withdrawal of absolutely zero, "sentence has not held for lack of jurisdiction and nothing to provide" because it is false and unacceptable and ORDER TO PLACE ON THIS IRREVOCABLE REAL WRITING

LEGAL AND CONSTITUTIONAL AND INVIOLABLE specific performance of the constitutional or inalienable Order under the First Amendment of the U.S. for quote Repair or restore (back) of Torts (damages etc.) ARE THE RIGHTS AND FUNDAMENTAL PROPERTIES PRIVATE EQUITY IN AND PROFESSIONS LICENSING never delegates by the Founding Fathers to the state or government or be arrested for their CRIMINAL VIOLATIONS AND CORRUPTION USURPADORA anywhere, BECAUSE THESE PROPERTIES ASSET and inherent rights and freedoms of citizens and are the authority IMMERMABLES E INNEMBARGABLES every human being (inviolable right NATURAL OR CREATED BY GOD PEOPLE: THE RIGHT TO WORK OR EXERCISE OF TITLE OR DIPLOMA OR CERTIFICATE OF ITS PROPERTY TRADE LICENSES CAREERS IN AND ACCESSORY) inviolability guaranteed by the Supreme Law FOREVER Authority Returns the TRUE LEGAL imposed and ORDERED the U.S. Constitution Supreme Law of the Nation under the first (I) Amendment of the U.S. and requires as a sovereign people, and invoke other provisions such as NO IMPAIR (not minimize) the obligations of the rights, Property Private (Restitution) of Licenses of occupation which is a fundamental and inalienable RIGHT ILEGISLABLES INNEMBARGABLES EQUITY GUARANTEED FOR CITIZENS IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND ITS AMENDMENTS I, IV, V, VIII, IX, X, XIII, and XIV down by the amendment USA that are self-executing, I DR. JOSE SANTIAGO M. FONT I demand as a sovereign people order because the U.S. Constitution commands us ALL, TO MEET THE REQUIRED in the rights, freedoms and ILEGISLABLES INALIENABLE FUNDAMENTAL PROPERTIES ASSET INNEMBARGABLES and leave the EFFECT OR ITS ABSOLUTE ZERO REVOQUESÉ "JUDGEMENT place not for lack of jurisdiction and nothing to provide" to be false, EX POST FACTO UNACCEPTABLE by LAW, unconstitutional, illegal, null and void, ARBITRARY ABUSE, EXTRA Legem, Ultra Vires and CATONIANA REGULATES (imprescriptibly) and for other purposes, and ordered CONFIRMS AND / OR EX POST FACTO exam LAW UNCONSTITUTIONAL (or unconstitutional), illegal and void because there is ABSOLUTELY LEGAL AUTHORITY TO REQUERIRILA or sustainable, NI has constitutional status and is a fraud IMPOSED BY MANAGERS treacherous CORRUPT CRIMINALS of the three duties (DE FACTO) state, who have violated the U.S. Constitutions and supreme law of the Nation and ordinances delivered OCCUPATIONAL LICENSES, never delegates to the three "powers", is my WHY MUST ALSO JURE enforcement, requires all public officials the specific performance of the rights (including the right to exercise professions and LEAVE OUR CAREER, WHICH IS INHERENT private property of citizens; Rights are properties, generate property rights and freedoms and the right to pay the fairly compensated is legal and constitutional duty in our democracy: the TIRANOCIDIO is the right and must arrest and prosecute high-ranking public officials, for high treason (YOU) to democracy, because Breaching the irrevocable mandate specific performance to deliver the rights, property and freedoms and redress the wrongs (delivered Professions Licenses Citizens and NOT MEET violated the rights and properties that are the supreme law and undress from his "inauguration", their "immunity" and "authority under color" ALL failed in its Oath and

constitutional order is complying with and enforcing YOU "secretaries judges and public officials, legislators, governors and others," WITH THE SUPREME LAW USA NATION OF ALL BE ARRESTED IS THE CONSTITUTIONAL DUTY TO EACH CITIZEN, overthrown by usurpation of rights, property and freedoms to the government, to Riga IRREVOCABLE REAL STATE CONSTITUTIONAL ORDER OF LAW, PROPERTY TAX FOR THE FOUNDING FATHERS USA, in the Federal Constitution, to comply with and enforce the rights, property, freedoms and pay for repairs grievance and LOSS TO DOUBLE COMPENSATION: You MUST UNDERSTAND THAT END OF RIGHTS (As an exercise of the professions) are properties and properties (INNEMBARGABLES licenses PROFESSIONS ARE INHERENT IN PRIVATE PROPERTY AND CREATE CITIZENS RIGHTS WHICH ARE THE SUPREME LAW BETWEEN THE PARTIES BASED in this reasoning is growing on the democracy, freedom, prosperity, peace and better enforcement SPECIFIC LEGAL SUPREME LAW OF OUR NATION THE UNITED STATES OF AMERICA FOR GOOD OF ALL NEW Avoiding slavery or involuntary servitude unable to work or exercise the right of the Professions that emanates from Awarding Certificates with Accessory Professions Licensing inherent properties of absolute and inalienable fundamental HERITAGE ILEGISLABLES every citizen through Articles and Clauses prohibiting unconstitutional, illegal and void because the ordinary laws ABSOLUTELY wrongful arrest Owners Rights of Citizens for this are Ex Post Facto Law, Illegal, Unconstitutional constitutional prohibited and void, THAT'S WHAT IS THE SOCIAL CONTRACT: The State or Government Guarantee ("police power") in a one-year internship under the direct supervision of professionals appointed by the state or government RIGHT TO WARRANT EXERCISE OUR PROFESSION Private Property Licensing INHERENT Professions; Mably CITO CAN NOT CONSIDER THE POOR "NATURAL" the regime of high-minded PUBLIC OFFICIALS AND KEEP encroaching THEFT pillage of the lawyers who oppress us and forced to live HUNGRY TO CITIZENS , especially so when the right to work therefore the right to practice professions and PROFESSIONS LICENSING CITIZENS inherent properties, is an inviolable right GUARANTEED CONSTITUTIONAL LAW INNEMBARGABLES Supreme USA for all residents in PUERTO RICO: KEEPING STATE of nullity of the law, this is not moral, not legal, NOR IS CONSTITUTIONAL RIGHT OR IS THEREFORE CONTRARY TO LAW AND SUPREME CONSTITUTIONAL PROHIBITION CLAUSE bounden duty of compliance with the NO IMPAIRMENT (MINIMIZE) OBLIGATIONS (RIGHTS Property, FREEDOMS AND FAIR COMPENSATION DOUBLE) inviolability OF THE FEDERAL CONSTITUTION. the state or government does not own any right, property or liberty, nor the license of any of the POSSIDENDI JUS CAREER IS RIGHT TO OWN, legal consequences SOLE OWNER SER the Citizen. NO ONE OVER and YOU "JUDGES" created the antiestablishment ordinary laws (Criminal UNCONSTITUTIONAL, ILLEGAL AND ABSOLUTELY VOID) to keep the plunder of private property INHERENT PROFESSIONS LICENSING CITIZENS (FOR LAWYERS KEEP usurpation, wrongful arrest, EX POST FACTO LAWS, unconstitutional, null ABSOLUTELY, conspiracies, cover-up, obstruction of true justice Constitutional SEND enforcing and mandated by the Constitution, hold yourself bribes, trick, deception,

TORTIOUS GRAVES, bribery, moral turpitude and perjury among other less serious felonies and moral depravity that are senior civil servants to THEFT BY RIGHTS, PROPERTIES (INHERENT PROFESSIONS LICENSING PRIVATE PROPERTY of citizens) FREEDOM, MONEY the pockets of citizens, the Department of Finance and the Treasury of the Nation, for the benefit of the professional class called attorneys, tax contradicts the constitutional mandate by the supreme law of the nation that are the establishment, protected and Sorting Inalienable Rights (so-called natural law or Rights of people (humans) inviolability coming from the primary sources of the law of God or Scripture or the Bible, among other thinkers of the law and confirmed in his various writings Puffendorf, Aquinas, Grotius, Vattel, Wolff and other St. Augustine said they (officials) are finding their own FACTS acts unconstitutional, illegal and hence NULLITY yourself) and being the TRUE Inviolable Law the U.S. Constitution therefore the rule of law that is the rule LAW AND ORDER unbeatable and imposed by CONSTITUENTS which guarantees, from the Declaration of Independence of July 4, 1776 and the Paris Peace Treaty of 1898 and the Universal Declaration of Human Rights of 1948, the inviolable, irrevocable and INNEMBARGABLE CONSTITUTIONAL RIGHT TO THE PURSUIT OF HAPPINESS OF PURSUIT Professions and constitutional law to the inherent property of every citizen PRIVATE licenses PROFESSIONS, never delegates FOUNDING FATHERS FOR ANY FORM OF GOVERNMENT EXECUTIVE, LEGISLATIVE AND JUDICIAL FEDERAL, STATE or TERRITORIAL of PR, as this is true democracy LEGAL REAL AMERICAN of our social contract ( aristocratic society GUARANTEED BY NATURAL MONARQUE constitutional order of the Founding Fathers BASED ON SCRIPTURE) RAPE and demands the immediate return of all proprietary rights KEY ASSET U.S. CITIZEN'S INHERENT licenses profession and not in an "apparent" democracy "ILLEGAL" REALLY TURNED INTO A FRAUDULENT Criminal totalitarian Communism "high" Public Officials of the State or "GOVERNMENT" where DISTORTION, misrepresentations and HIDE, undermines ILLEGALLY, PRIVATE AND VIOLATE THE TERMS OF THE FUNDAMENTAL PROPERTIES IRREVOCABLE ECONOMIC CITIZEN Owners warrant mentioned in the Federal Constitution and YOU CREATING NEW SLAVERY "judges" and senior public officials creating the state of invalidity of the "right" against OF LEGAL TRUTH that comes to all citizens in the U.S. Constitution, for the benefits of the treacherous COMMITTING CRIMINAL AND CORRUPT BY ADMINISTRATORS (BAR) of the three "duty" (or rather CRIMINAL lawyers: HAVE SO MUCH GUILT Those that do, such as those not extended) for this becomes void its illegal "sentence has not held for lack of jurisdiction and nothing to provide" because they are acting contrary to the true rule of law unbeatable CONSTITUTION of the USA, that order and has the obligation or CONSTITUTIONAL DUTY IRREVOCABLE against public officials of specific performance to the immediate restitution (redress of grievances) to immediately and irrevocably DELIVER ECONOMIC RIGHTS LICENSES CAREERS private property inherent rights of the citizen never DELEGATE " state "or" government "that is the supreme law Imprescriptibly Authority ETERNAL ALL FIRST TIME (I) Amendment of the U.S. which is the only ordering the rule of law as RULE OF LAW AND ORDER (I demand) RETURN and deliver the

PRIVATE PROPERTY RIGHTS and inherent in all PROFESSIONS LICENSING CITIZENS (ORDER THE PROFESSIONAL TESTING CONFIRMS or unconstitutional, illegal and null and grant ABSOLUTELY inherent properties of PRIVATE PROPERTY LICENSES CAREERS IN AND HERITAGE to ALL citizens immediately, which are also its FREEDOMS IMMERMABLES, IRREVOCABLE, E INVIOLABLE INSOCLAYABLES INNEMBARGABLES Licenses Medical Professions CITIZEN Ophthalmologist to PROF. DR. JOSÉ M. Font de Santiago or will be arrested for plundering by their violations of the Supreme law of the land, that oath to defend, in my LIFE WITH MY CASE TO OUR DEMOCRACY U.S. and therefore the reduction, deprivation and VIOLATION OF THE RIGHTS, PROPERTIES, freedoms of all citizens are guarantees from the constitutional provisions, raped by treacherous ALSO YOU ALL OTHER BASIC CIVIL RIGHTS CONSTITUTIONAL HERITAGE ILEGISLABLES INALIENABLE Proper UNNEMBARGABLES CITIZENS, JUST DOUBLE PAYMENT OF COMPENSATION FOR BAD FAITH LITIGATIONS 32, LOSS OF CAPACITY TO GENERATE PROFITS for 32 years and happiness, prosperity to all citizens who are self-executing ORDER THE UNITED STATES CONSTITUTION of America and its Amendments I, IV, V, VIII, IX, X, XIII coming down together to the Fourteenth Amendment of the U.S. that have been Lighthouse inspire all men of honor that soldiers swear UNITED STATES of AMERICA DEFENDING DEMOCRACY WITH OUR LIVES, by none other than THE FUTURE OF OUR CIVILIZATION: no more his usurpation, wrongful arrest, the looting and malfeasance THEFT OF ALL PUBLIC OFFICIALS 'high' nests from OUR rights, property and freedoms of citizens by lawyers who live of the injustices, usurping, robbery of money from the citizens, Department of Finance and Treasury of the Nation of U.S. and corruption as the CREATE THE NEW SLAVERY form of involuntary servitude or committed against ALL CITIZENS, quote James Madison said "If the government were to be Comprised ANGELES OUR CONSTITUTION WOULD BE UNNECESSARY USA, but the government is going to consist of men (and women), because first you have to this Constitution and then you have to put them CLAUSES limited and limiting to prevent abuse of the government against the democratic rights of MAN (or humans CITIZENS, RESIDENTS) that IS THE SUPREME LAW OF THE NATION: 1 year internship in ALL PROFESSIONS, guarantees the necessary knowledge to practice, the "POLICE POWER" UNDER THE SUPERVISION professional designated by the state or government. The undersigned was sworn in as SOLDIER U.S.A. FOREVER DEFEND THE CONSTITUTION OF THE UNITED STATES OF AMERICA against external enemies or internal enemy: YOU AGAINST CORRUPT CRIMINAL therefore it IS LEGAL TO RESTORE DEMOCRACY IN USA heads in shame and LEGAL in our courts, to make a fairer society FURTHER humans that respond ever better to our democratic rights as inexhaustible SUNS ALL MANKIND FOREVER, because you make fun of the malfeasance all citizens or TOWN of Puerto Rico, avoid that leads, as always, was suffering from myopia, IN A CIVIL WAR in PR and a second civil war in the UNITED STATES OF AMERICA IS BETTER REFORM IN PEACE ... THE WAR Quoting lose-lose PR GOVERNOR relevant today January 25, 2011 Mr. Luis Fortuño Burset "WHAT IS WRONG IS WRONG NO MATTER WHO DO."

ARE WARNED THAT FAILURE TO DOWNLOAD IN JUDGEMENT DECLARING THE PROFESSIONAL REVIEW CONFIRMS or EX POST FACTO LAW, ILLEGAL (for fraud among other crimes committed by public officials you), it is also unconstitutional, ABSOLUTELY VOID and INVALID BE CLAIMED YOU, YOUR SPOUSE , ITS AFFILIATES community property lien WITH ALL ITS PROPERTIES AND WAGES and manage their citizen's arrest and THIS IS THE LAST CHANCE or other will take up arms against you) corrupt officials who are the real criminals OF OUR NATION AND THE dismiss under the Mandate undeniable DUTY of every citizen of ARTICLE II SECTION # 4 # LIMITED RECALL USA RUNNING THEIR THEFT, CITO Article VI Supremacy Clause of USA JUDGES WILL BE REQUIRED TO COMPLY WITH THE SUPREME LAW ARE THE RIGHTS, PROPERTIES AND FREEDOMS OF THE CITIZENS INCLUDING LICENSING CITIZENS Professions THEM NOW IMMEDIATELY NEVER delegated to employees of any government, it DOES NOT RULE, BUT ARE the ONLY WAY to obey the Constitution of USA, Occupation Licenses Deliver OR PURCHASE THE REAL DEMOCRACY IS JUST  Prof. Dr. Joseph M. Font De Santiago, M.D. Ophthalmologists and Ph. D. CONSTITUTIONAL & INTERNATIONAL LAW in HONORARY exhibits, asserts and demands COVERED IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND ITS AMENDMENTS I, IV, V, VIII, IX, X, XIII and XIV of USA that are self-executing by BE INSIDE A STANDARD, legislated by FOUNDING FATHERS and / or the constituents of the USA, and because I swore FOREVER AS SOLDIER OF THE UNITED STATES OF AMERICA TO DEFEND THE FEDERAL CONSTITUTION Democracy against external and internal enemies Corrupt CRIMINAL: ( and also by the Irrevocable Constitutional Clause of Article I Section 9 3nt paragraph quote "NO Bill of Attainder (NOT APPROVE PROJECT" Act ") or Ex Post Facto Law or "Retroactive law" (It can not and MUST BE PASSED , approved and confirmed (or sign VOTED IN VIOLATION and because it is a fraud and a failure of justice and constitutionally prohibited from IS CONTRARY TO BE ABSOLUTELY RIGHT STATE LAW U.S. SUPREME therefore not because it has constitutional or EXTRA Legem NO LEGAL AUTHORITY is NOT BECAUSE THEY REQUIRE IS NULL or HOLD ILLEGAL ACTS as the revalidation or exam) IS THE MANDATE OF CONSTITUTIONAL OBLIGATION AND ORDER INVIOLABLE USA) NO Shall Be Passed "***** WHAT IT MEANS De Jure Legatorum are Legacies of indefeasible rights INNEMBARGABLES IMMUTABLE HERITAGE LICENSING INVIOLABLE profession (wealth creation through individual work of each citizen guaranteed through specific performance of the Paris Peace Treaty of 1898 (Rebus Sic Stantibus is permanent) which is the Social Contract which require FOREVER Plenipotentiary United States of America (thus also forced PUERTO RICO) and (Spain (known since 1771 CATEDRA the rights of people or NATURAL) public officials resign, cede, delegate, and is obliged to give PERFORMANCE BOND specifically to the rights and guaranteed properties or VILLAGE PEOPLE (citizens) are inviolable quote "and entitled to exercise their industry, trade and profession (Preemption Doctrine or BUSY LEGAL FIELD THEORY) for ALL GENERATIONS IN ALL imprescriptibly TIMES, THE NATURAL residents of these territories whose sovereignty relinquished or CEDE

THROUGH the Treaty referred to in force and are due (ARE RAPED by the 3 branches of government) is irrevocably and undeniably supreme Law International (as well the U.S. Constitution (TRUE STATEMENT SUPREME LAW CALL U.S. Independence on 4 July 1776 and inalienable rights: RIGHT TO PURSUIT OF happiness or right to practice their professions and Immanent PRIVATE EQUITY OWNERS RIGHTS INHERENT fundamental LICENSES CAREERS for all citizens are INNEMBARGABLES rights, property and freedoms), also immutable GUARANTEED for Citizens and Residents of PR in the amendments I, IV, V, VIII, IX, X, XIII coming down together to the Fourteenth Amendment of NOT quote USA shall make or enforce any "law" that restricts the rights: Property and Freedom: Professions Licensing CITIZENS of the UNITED STATES (GOD BLESS AMERICA) and the Universal Declaration of Human Rights of 1948 and earlier cases cited above now cited are known to all as DENT vs. JUDGE YOU. WEST VIRGINIA 129 U.S. 114 The right to work or PURSUIT (right to exercise the professions) IS A CITIZEN'S COPYRIGHT, De Geofroy vs. Riggs 133 U.S. 258 THE GOVERNMENT or Power can not do what the Constitution prohibits, Armstrong VS. Sánchez Vilella 74 DPR 28 can remedy (for violation of civil rights) against the official in his personal capacity only if such actions do not fall within their duties or be within those duties, only if the duties or exercise of those rights are constitutionally invalid by the constitutional provisions of the Federal Constitution (USA) NO IMPAIRMENT (not minimize) the OBLIGATIONS (rights, property, (LICENSING OF WORK INHERENT Professions and Sources of Wealth for each citizen) and FREEDOMS JUST COMPENSATION PAYMENT of the BAD FAITH INCLUDING LITIGATIONS by the state and its officials): FIRST ENGLAD EVANGELICAN LUTHERAN CHURCH VS. LOS ANGELES COUNTY 482 U.S. 304 (1989) WHEN BUT GOVERNMENT PROPERTY TO ONE OR A FEW CITIZENS, THE GOVERNMENT HAS THE OBLIGATION (CONSTITUTIONAL undeniable and INNEMBARGABLE) to pay damages to the citizens on the TIME THAT HAS BEEN TAKING EFFECTIVE OR EMBARGO (with DOUBLE COMPENSATION) FLETCHER VS. PECK 10 U.S. 87 STATE OR GOVERNMENT CAN NOT VIOLATE THEIR OWN CONTRACTS (or their constitutions)  PEREZ. Vs. TRIBUNAL 69 DPR 4 quote the Court is required to CORREJIR ERROR and all you "judges" are a fraud treacherous extrinsic and the intrinsic COURT OFFICIALS TO PRODUCE (YOU) the failure of total justice in the Courts of PUERTO RICO through their OWN, ALL CORRUPT "sentences" ("Judges") what is Constitutionally Prohibited and is ABSOLUTELY NULL, UNCONSTITUTIONAL, ILLEGAL EX POST FACTO LAWS; GIBBONS VS. Ogden 22 U.S. 1 WHEN A STATE LAW IS A FEDERAL LAW and in conflict, federal law is supreme law (U.S. Constitution, which also was born of TORT LETTERS, such as treaties); HOLDEN VS. HARDY 169 U.S. 366 PROPERTY OR PROPRIETARY RIGHTS CAN NOT BE TAKEN FOR THE BENEFIT of a people or to the State; Marbury vs. Madison 5 U.S. 137 is the LEADING CASE OF ALL AGES, BECAUSE IT HAS ESTABLISHED THAT THE CITIZEN AN OVER HIS OR HER entitlement PROPERTY, PROFESSIONAL LICENSE, THAT IS NOT CAPABLE OF TAKING BY THE STATE'S APPARATUS; TENNESSE VS. LANE 158 L Ed 2d 820; SCHEUER VS. RHODES 94 S. CT. 1683 NO ESCAPE TO THE

SUPERIOR AUTHORITY OF THE FEDERAL CONSTITUTION, PERRY VS. SYNDDERMMAN 408 U.S. 593 STATE or GOVERNMENT CAN NOT deny rights (inviolability) Contracts (1898 TREATY RIGHTS AND REPRESENTATIONS (of people or human) July 4, 1776) or CONSTITUTIONS, WHICH ARE THE SUPREME LAW OF THE NATION Parts CIVIL ACTION VS. ELA OF PR 150 DPR 151; Padin vs. Rossi 100 DPR 262 and MUST BE LOWER Summary Judgment; AMY ANGLE VS. 116 JUMPING SPORTS ADMINISTRATOR LISTED BELOW DPR 414 SUPERNORMATIVO Doctrine vs. Sanchez case. Lopez 118 DPR 701 WHEN ONE OR MORE PERSONS INJURED DAMAGE TO AN ALL RESPONSIBLE FOR DAMAGE CAUSED TO THE INJURED PROF. DR. JOSE M. SANTIAGO FONT, IDS VS. NEW YORK NY 2d 555 59; WILKINSON VS. LELAND 2 PET. 627; VAZQUEZ VS. COURT 78 744 Grant DPR Properties Private Professions Licenses Citizens Constitutional clauses including NO IMPAIRMENT (MINIMIZE) of obligations (rights, property (PROPERTY LICENSES CAREERS IN AND PRIVATE CITIZENS INNEMBARGABLES and INMERMABLES: JUS POSSIDENDI) AND FREEDOMS) of the SUPREME LAW CONTRACTS DOWN INVIOLABLE calls by Article VI Supremacy) ARE INMERMABLES, NONINFRINGEMENT, indefeasible, inalienable and ETERNAL INTRODUCED BY the law of nations following the Law of Nature that comes from the divine law also guaranteed by the DECLARATION OF HUMAN RIGHTS OF 1948 WHERE THE UNITED STATES OF AMERICA, SPAIN AND PUERTO RICO is Signer is 8, 9 is U.S., A. and Puerto Rico is 14, with 17 original signatory and IRREVOCABLE Cited Here, therefore the "exam validates or" (LAW # 22 OF 22 APRIL 1938 THE MEDICAL EXAMINER COURT PR, AS AMENDED) is EX POST FACTO LAW UNCONSTITUTIONAL, ILLEGAL (NOT have constitutional status) and ABSOLUTELY VOID because ALL PROFESSIONS LICENSING PRIVATE OWNERS ARE INHERENT RIGHT ILEGISLABLE inviolable fundamental and inalienable SHEET OF EACH CITIZEN BY NEVER DELEGATE OF USA FOUNDING FATHERS TO ANY republican form of government EXECUTIVE, LEGISLATIVE, OR JUDICIAL FEDERAL, STATE or TERRITORIAL (PR) : BLD ARECIBO. CORP. VS. SUPERIOR COURT AND 720-726-727 101 DPR CIVIL ACTION GAME VS. ELA OF PR 150 DPR 359 ADICTA PROCEED WHEN JUDGMENTS BY THE CLAIMS ARISING OUT OF THE SAME DISPUTE THAT THERE IS SUBSTANTIAL, AND being unnecessary trials in its background, the assertions and evidence or proof irrefutable CITO PEOPLE VS. TORRES ALBERTORIO 115 DPR 128 WHAT AFFECT WORK OPPORTUNITY, EDUCATION OR THE PROFESSIONAL LICENSE, ESTABLISHING AN INVASION MAY OVER (THE) RIGHT TO INTIMACY (JUS POSSIDENDI is right to have legal consequence be the sole owner of the Citizen of PROFESSIONS LICENSING HERITAGE ESA) and ANGLE AMY VS. 116 JUMPING SPORTS ADMINISTRATOR TO DENY 414 DPR A LICENSE, THE RIGHT TO Violated JOB, THIS IS TO EARN AN INCOME AND JUST TO HAVE A DECENT AND LIFE, THE RIGHT, TOGETHER WITH THE RIGHT TO LIFE, ARE BOTH RIGHT INALIENABLE OF MAN, AND FROM PERSON TO deprives HIS / HER LICENSE IS AN UNDEFINED FINE, (THAT) AND MAY TURN INTO A CONSTUTUTE Cruel and Unusual Punishment, PROHIBITED BY THE

CONSTITUTION, Marbury v.. MADISON 1 CR. (5 U.S.) 137, 173 - 180 (1803) IS LEADING THE CASE OF ALL AGES, BECAUSE IT HAS ESTABLISHED THAT THE CITIZENS AN OVER HIS OR HER Entitlement PROPERTY (BUSINESS LICENSE) THAT IS NOT SUSCEPTIBLE OF A TAKING BY THE STATE'S apparatus "VAZQUEZ VS. TRIBUNAL 78 DPR 744 MAY REQUIRE COMPLIANCE WITH SPECIFIC AND DAMAGES. (dictum: also not be waived UNDENIABLE ETERNAL FOR BEING INNEMBARGABLE Nationality SPANISH BECAUSE NEVER YOU WAIVE THE PUERTO RICAN and or governments (PR, USA) another country can not demand that which is impossible to remove, because Puerto Ricans (USA) We preserve and booked through the Blood Law SPANISH NATIONALITY as NOT Perform such other countries on every American hemisphere, and that one never believes No national and / or Citizenship: Under jus sanguinis, a person acquires the nationality of their ancestors simply because of their parentage (biological or adoptive even), although the birthplace is another country): I stand FIRST AMENDMENT OF USA LAW TO FREE EXPRESSION THROUGH WRITING IN MY CLAIM OF MY CONSTITUTIONAL RIGHTS in my writings and exhibits Include the prompt return of OUR RIGHTS and PROPERTY LICENSES PROFESSION never be prescribed and are enforceable and are forced to give because YOU HAVE NO AUTHORITY TO JUDGE TO DENY THE COMMAND PERFORMANCE and constitutional order specific delivery, and as required by the Constitution shall be shot if arms against the people, is the constitutional mandate that IMPOSED AND ORDERED THE FEDERAL CONSTITUTION: THE ACTS OF FACT FOR YOU FRAUDEM LEGIS "judges" malfeasance TOTALLY VOID JUDGEMENT BY THE FORBIDDEN, WHICH IS CONTRARY TO THE SUPREME LAW AND ESTABLISHING THE RULE OF LAW, ORDER AND IMPOSING THE CONSTITUTION OF THE UNITED STATES OF AMERICA (Article VI Supremacy Clause JUDGES BE LIABLE CITO aside or REVOKE and ordinances delivered PROFESSIONS LICENSING AGREEMENTS IMMEDIATELY CITO: 1898 Paris Peace CITO entitled to exercise its industry, its trade and PROFESSIONS: REBUS SIC **Stantibus** AND LAWS OF THE UNITED STATES: THE DECLARATION OF INDEPENDENCE JULY 4, 1776 (PURSUIT OR RIGHT TO EXERCISE INALIENABLE Occupation or position: Promissory Stoppel GUARANTEED TO ALL CITIZENS residence, among others cited in the case in question) and AMENDED I, IV, V, VIII, IX, X, XIII, and XIV AND THE LETTER OF THE LAW OF ARTICLE II OF PR ELA AGAINST ALL OF YOU, THE GUNS AWAY: MAYBE BUT CAN KILL SOME PEOPLE CAN NOT KILL, USCA 1990 CITO'S AMERICAN ACT AND WITH DISABILTIES LETTER OF PEOPLE WITH DISABILITY LAW TORT NEGLIGENCE, SECTION 1802 OF THE CIVIL CODE OF PR, 31 LPRA SECTION 1802 AND THE AMERICAN WITH DISABILITIES ACT OF 1990, 42 USCA Section 1201 et. Seq. and THE BILL OF RIGHTS UNDER Disabled People SPECIAL TREATMENT DISABLED TENNESSEE V. LANE CITO 541 U.S. 509. 158 L Ed2d 820, 124 S CT 1978 SO FAT AND whatever violates ALL THE RIGHT TO DUE PROCESS CONSTITUTIONAL LAW (ALSO UNDER RULE 39.2 OF CIVIL PROCEDURE FOR REVOCATION PR, Extrinsic FRAUD BY PUBLIC OFFICIALS AND FRAUD intrinsically PRODUCING THE FAILURE OF

JUSTICE BY THE COURT OF "JUSTICE" cite Article II section # 8 Every person has the right PROTECTION of the law against abusive attacks, honor, reputation, private life and FAMILY of the Commonwealth Constitution PR) restricting, PRIVATE violate their due what is constitutionally prohibited ABSOLUTELY ZERO TO, THE PROHIBITION CITO CONSTITUTIONAL AND IRREVOCABLE unbeatable "is not undermined (not minimized) OBLIGATIONS (SON AND PROPERTY RIGHTS (PROFESSIONS LICENSING) OF CITIZENS) OF CONTRACTS" ARE OF THE SUPREME LAW OR CONSTITUTION (DECLARATION OF INDEPENDENCE JULY 4 I quote the 1776 Promissory OF ESTOPPEL OF RIGHT TO HAPPINESS OR IS PUTSUIT RIGHT TO EXERCISE OUR RIGHTS TRADE AND PRIVATE OWNERS INHERENT ACCESSORIES LICENSES CAREERS AND PARIS PEACE TREATY OF 1898 ARTICLE # 9 CITO "and shall be entitled to exercise INDUSTRY, TRADE AND PROFESSIONS: rebus sic Stantibus) through Article VI Supremacy Clause of the Universal            Declaration            of            Human            Rights On December 10, 1948, the General Assembly of the United Nations adopted and proclaimed the Universal Declaration of Human Rights, the full text on the following pages. Following this historic act the Assembly called upon all Member countries to publicize the text of the Declaration and to be "distributed, displayed, read and expounded principally in schools and other educational institutions, without distinction based on the political status of the countries or territories. "Signer SPAIN is 8, 9 is USA and Puerto Rico is 14, with 17 of the first signatories PREAMBLE Considering that freedom, justice and peace in the world are based on the recognition of the inherent dignity and equal and inalienable rights of all members of the human family, Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and has been proclaimed as the highest aspiration of man, the advent of a world in which human beings, free from fear and want, enjoy the freedom of speech and freedom of belief, whereas it is essential that human rights are protected by the rule of law, so that man is not driven to the extreme resort, to rebellion against tyranny and oppression, Whereas it is essential to promote the development of friendly relations between nations, Whereas the peoples of the United Nations in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom, Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, respect universal observance of human rights and fundamental freedoms, Whereas a common understanding of these rights and freedoms is of the utmost importance for the full realization of this pledge, THE GENERAL ASSEMBLY proclaims this UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common achievement for all peoples and all nations, so that both individuals and society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive of national and international recognition and universal and effective, both among the peoples of Member States and between the peoples of territories under their jurisdiction. Article. 1. All human beings are born free

and equal in dignity and rights are endowed with reason and conscience and should act towards one another. Article. 2.All person has all the rights, properties and freedoms set forth in this Declaration, without distinction of race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status . Furthermore, no distinction shall be made based on the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, as a Trust Territory, not independently or under any other limitation of sovereignty. Section 3.All individual has the right to life, liberty and security of person. Article 4.Nadie will be held in slavery or servitude, slavery and the slave trade shall be prohibited in all its forms. Article 5.Nadie be subjected to torture or to cruel, cruel, inhuman or degrading treatment. Article 6.All has the right, everywhere, the recognition of legal personality. Article 7.All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination Article 8.All* person is entitled to an effective remedy by the competent national tribunals for protection against acts that violate fundamental rights granted him by the constitution or by law. Article 9.Any Persons above the Law: may be arbitrary arrest, detention or exile. Article 10.All is entitled in full equality to a fair and public hearing by an independent and impartial tribunal for the determination of his rights and obligations and of any charge against him in criminal matters. Article 11. 1. Any person charged with crime has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defense. 2. No person shall be convicted for acts or omissions at the time it was committed a criminal offense under national or international law. Nor shall a heavier penalty more severe than that applicable at the time of committing the crime. Article 12. ANY PERSONS be subjected to arbitrary interference with his privacy, family, according to the jus sanguinis, a person acquires the nationality of their ancestors simply because of their parentage (biological or adoptive even), though the place of birth is another country their home or correspondence, nor to attacks upon his honor and reputation. Everyone is entitled to the protection of the law against such interference or attacks. Article 13.1. Everyone has the right to free movement and residence within the territory of a State. 2. Everyone has the right to leave any country, including his own, and return to their country. Article 14.1. In case of persecution, everyone has the right to seek and to enjoy it, in any country. 2. This right may not be invoked in case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations. Article 15.1. Everyone has the right to a nationality. 2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality. Article 17.1. Everyone has the right to own property individually and collectively. 2. No one shall be arbitrarily deprived of his property. Article 18.Toda person has the right to freedom of thought, conscience and religion; this right includes freedom to change religion or belief, and freedom to manifest religion or belief, individually and collectively, in public and private, teaching, practice, worship and observance. Article 19.Todo has the right to freedom of opinion and expression, this

right includes freedom to hold opinions without interference and to seek their opinions, receive and impart information and ideas through any media and regardless of frontiers, by any means of expression. Article 20.1. Everyone has the right to freedom of peaceful assembly and association. 2. No one shall be compelled to belong to an association. Article 21.1. Everyone has the right to participate in the government of his country, directly or through freely chosen representatives. 2. Everyone has the right to access, under conditions of equality, to public service in his country. 3. The will of the people is the basis of the authority of government, this will shall be expressed genuine elections which shall be held periodically, universal and equal suffrage and by secret vote or by equivalent free voting. Article 22.Toda person, as a member of society has the right to social security realization, through national effort and international cooperation in view of the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality. Article 23. 1. Everyone has the right to work (and profession), to free choice of employment, to just and favorable conditions of work and to protection against unemployment. 2. Everyone has the right, without discrimination, to equal pay for equal work. 3. Everyone who works has the right to just and favorable remuneration, ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection. 4. Everyone has the right to form and join trade unions for the protection of their interests. Article 24.Toda person has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay. Article 25.1. Everyone has the right to a standard of living adequate for the health and his family, health and well-being, including food, clothing, housing, medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control. 2. Motherhood and childhood are entitled to special care and assistance. All children born in wedlock or out of wedlock, shall enjoy the same social protection. Article 26.1. Everyone has the right to education. Education should be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available to higher education will be equal for all on the basis of merit. 2. Education shall be directed to the full development of human personality and strengthen respect for human rights and fundamental freedoms RIGHTS TO THE EXERCISE OF OUR PROPERTIES INHERENT CAREER AND PRIVATE LICENSING OF OUR CITIZENS Professions: JUS POSSIDENDI shall promote understanding, tolerance and friendship among all nations and all racial or religious groups, and shall further the activities of United Nations peacekeeping. 3. Parents have a prior right to choose the kind of education that shall be given to their children. Article 27.1. Everyone has the right to participate freely in cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits resulting therefore. 2. Everyone is entitled to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which is the author. Article 28.Toda person has the right to establish a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

Article 29.1. Everyone has duties to the community in which alone the free development of his personality. 2. In the exercise of their rights and enjoy their freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and general welfare in a democratic society. 3. These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations. Article 30.Nada in this Declaration may be interpreted as implying for any State, group or person to engage in any activity or perform any act aimed at the destruction of any of the rights and freedoms set forth in this Declaration . Vs. Civil Action Party. COMMONWEALTH OF PUERTO RICO 150 D.P.R. BLD CORP 359 and Arecibo. VS. SUPERIOR COURT 101 D.P.R. 720, 726, 727 (1973) cited the Supreme Court "to issue PRODEDE BY JUDGEMENT OF THE SAME WHEN ALLEGATIONS THAT THERE IS NO DISPUTE ARISES ESSENTIALLY MADE, MAKING UNNECESSARY THE CONCLUSION OF A LAWSUIT IN YOUR FUND TO RECEIVE OR elucidate the TEST: NO WILL BE PRIVATE PROPERTY WITHOUT JUST COMPENSATION CITE THE AMENDMENT V USA And SUPERNORMATIVO DOCTRINE OF SANCHEZ VS. 118 LOPEZ D.P.R. 701 WHEN ONE OR MORE PEOPLE CAUSE DAMAGE TO AN INJURED (AS DR. JOSE M. FONT) all are jointly liable for the damage done to harm (BY THE TIME THAT WAS CASH), and based on the legal doctrine of ACTS NULL FIRST PUBLIC OFFICIALS MOTIONS OF Lic. CHARLES Vilar and SECOND JUDGE'S FINDINGS LUIS A. ROQUE AND ALSO (the state) by BAD FAITH LITIGATION Acting (ASK THE DOUBLE COMPENSATION) against defendants OF HEADING (in clear ACTS IN THE STATE ELA FRAUDEM LEGIS OF PR AND OTHER LEGISLATIVE REVIEW CONFIRMS OR employment (through its officials UNDERMINE , private (usurper) and viola (TAKING) WITHOUT DUE PROCESS OF LAW CONSTITUTIONAL RIGHT ("judges", legislators and state executives committed acts (all) contrary to the rule of law) is illegal and unconstitutional BUT ABSOLUTELY NULL AND BETWEEN OTHER ITEMS AS REQUIRED APPLICATION CONFIRMS OR EXAMINATION SUSTAINABLE BUSINESS ARE EXTRA Legem and ultra vires, Article V (NOT PERFORMED AS PROVIDED Article V procedures are or how to make the amendments, was never completed (Preemption Doctrine) to give constitutional status to the professional examination CONFIRMS OR WHAT IS EX POST FACTO LAW, unconstitutional, illegal, null and void and ABSOLUTELY would also be a detriment to the constitutional guarantees of rights and property OBLIGATIONS OF CITIZENS, WHICH IS NULL) FOR LAW VII THE FEDERAL SUPREME ELA OF SUPREME LAW INCLUDING PR) FOR by premeditation, treachery, malice, form and manner impairment and VIOLA (TAKING) CONSTITUTIONAL RIGHT AND OBLIGATION OF IRREVOCABLE Constitutional Law Due Process and Equal Protection of the Laws of both Constitutions (PR, USA) being the revalidation exam OR EX POST FACTO LAW UNCONSTITUTIONAL, ILLEGAL, ABSOLUTELY VOID, capricious, arbitrary, INVALID AND ABUSIVE TO UNDERMINE inducing, Private, and usurp VIOLATION (WHICH IS CONTRARY TO THE MANDATE SUPREME LAW OF THE PERFORMANCE BOND) FUNDAMENTAL RIGHTS

HERITAGE (dominium) PRIVATE OWNERS ILLEGISLABLES Unalienable and INVIOLABLE INHERENT CAREER LICENSING IS A PRIVATE OWNER inherent right of every citizen GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES AND ITS AMENDMENTS THAT THROUGH THE Article VI Supremacy Clause (USA) AS SUPREME LAW OF THE NATION: WHAT ARE THE DECLARATION OF INDEPENDENCE OF THE UNITED STATES OF AMERICA ON 4 JULY 1774 quote PURSUIT AND THE RIGHT TO PEACE TREATY OF PARIS 1898 and quote Item # 9 entitled to exercise their industry, commerce and CURRENT CAREER FOREVER (rebus sic Stantibus) SUPREME LAW OF THE NATION, THE PRIVATE UNDERMINE, Viola and Spoilers (wrongful arrest STATE) THE RIGHT TO PURSUIT OF HAPPENING or exercise of the profession to HAPPINESS WITH MY RIGHTS IN AND ACCESSORIES (MUNIFUNDIO) OF THE CAREER INVIOLABLE LICENSE (OWNED BY EACH STATE DELEGATE citizen never FOUNDING FATHERS BY OR CONSTITUENTS OF THE UNITED STATES OF AMERICA) PRIVATE **impairment and usurped** VIOLATED JUST NOT RIGHT THE CONSTITUTIONAL DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAWS BUT ALSO CAUSED Premeditated, Aleve, malice, ARBITRARY, abusive, illegal, unconstitutional, NULL ABSOLUTELY, EX POST FACTO LAW AND VOID (AL REGULATION OF PROFESSIONAL exam in PR and USA NOT have constitutional RANK) THE STATE (PR and USA) cause great and irreparable DAMAGES FOR LOST PROFITS AND / OR LOSS OF THE ABILITY TO GENERATE PROFITS IN PARTICULAR CITIZENS DR. JOSE M. SANTIAGO FONT AL However (TAKING BY THE STATE) MY PROFESSION LICENSES HUGE ALL damages and intended and unintended and indirect DERECTOS 31 years and calls for double compensation Fraud ALL TESTED AGAINST ALL GOVERNMENT PROHIBITED BY LAW AGAINST ME PERSON PROF. DR. JOSÉ M. FONT DE SANTIAGO, because the SUPREME LAW ARE THE ONLY SOURCE OF AUTHORITY OF CANCELLATION OR REVOCATION AND PROHIBIT (THE GOVERNMENT antiestablishment) Such acts of unlawful expropriation TO BE UNCONSTITUTIONAL AND AGAINST THE RIGHTS AND PROPERTIES (THE ESTABLISHMENT OF THE CONSTITUTIONS IRREVOCABLE) WARRANTIES OF THIS CLAIMANT IRREVOCABLE DR. FONT, AND TO BE COMPENSATED WITH THE DOUBLE COMPENSATION CLAIMS AGAINST ALL HEADING SOLIDARITY. This occurs when impairs, private (usurper) violates the LEGAL ORDER viewed in its entirety or when it violates a COMPULSORY STANDARD (AS AUTHORITY Supreme Law and the right to a fair trial must be fair as the undersigned DR. JOSE FONT M. Santiago, filed a lawsuit in Federal Court Judgment CIVIL JURY FOR ALL MY RIGHTS VIOLATIONS AMONG OTHERS), that order is violated because officials can not violate the SUPREME LAW CREATING THE NEW SLAVERY PROHIBITED BY THE CONSTITUTION INVOLUNTARY TO UNDERMINE, Private, RAPE, usurped FUNDAMENTAL CONSTITUTIONAL CIVIL RIGHTS HERITAGE PRIVATE OWNERS INALIENABLE INEHERENTES INNEMBARGABLES ILEGISLABLES GUARANTEED FOREVER PROFESSIONS LICENSING OF CITIZENS IN THE SUPREME LAW OF THE COUNTRY INCLUDING THE RIGHT TO EXERCISE OF TRADE (LABOR THAT THE

SOURCE OF WEALTH CREATION) from which emanate OR IS Immanent THE CONSTITUTIONAL RIGHT TO LICENSING OF PROFESSIONS that preceded the sunken STATES CONSTITUTION AND AMENDMENTS OF AMERICA, FOR THIS, THESE ARE THE DEMOCRACY inviolable rights of the State (Federal, State or Territory will govern, BECAUSE OF THE FOUNDING FATHERS NEVER THE CONSTITUTION AMERICAN DELEGATES TO ANY FORM OF GOVERNMENT IS THAT THE REPUBLICAN AND SOURCE OF WEALTH BUILDING FOR EVERY MAN AND EVERY WOMAN, WHY CAN NOT REPEAL THE PROVISIONS FEDERAL CONSTITUTION, by its very nature inviolable and inalienable legal . null and void has no terms given. If the Supreme Law Prohibits EMBARGO FOR the FUNDAMENTALS RIGHTS AND ECONOMIC PROPERTIES AS INALIENABLE ILEGISLABLES under the right to work or practice of professions ACCESSORIES INHERENT RIGHTS AND LICENSES INVIOLABLE INNEMBARGABLES CAREER IS A FUNDAMENTAL RIGHT OWNER PRIVATE EQUITY INHERENT, inalienable and ILEGISLABLE of every citizen, to repair the wrongs IMPOSED AND ORDERED restitution of nature and nations RIGHTS CREATED BY PURSUING GOD IN SCRIPTURE OF BEING HUMAN INVILBLES UNDER THE CLAUSE OF THE FAIR COMPENSATION AND NO IMPAIRMENT OF LIABILITIES (USA CONSTITUTION AMENDMENT XIV IYVY among others) and as is evident in the Articles and Sections CONSTITUTIONAL PROVISIONS AND CLAUSES AND O CASES CITED AND HAS TO BE ENACTED, THE REVOCATION OF JUDGEMENT ABSOLUTE (NOT A PLACE) OF JUDGES AND PREVARICATEROS RESTORE THE RULE OF LAW, OR ANY OTHER STATUTES, RULES, REGULATIONS, LAW, ARTICLE OR SUBDIVISION ARE PROFESSIONAL REVIEW CONFIRMS OR NULL, decisions that affect the obligations (rights and property of citizens) and viola it deprives THE RIGHTS TO THE AWARD fair and impartial (ACCORDING TO THE SUPREME LAW OF USA: VALID CONTRACTS ARE NOT MATTER YOUR FORM) BY A COURT MY HONEST AND FUNDAMENTAL CONSTITUTIONAL RIGHTS MUST BE RESTORED AS CLAIMS UNDER MY ORDERS ARE GUARANTEED IN SUPREME E INVIOLABLE. CLAIMS IS UNBEATABLE VALE TO CONCLUDE THAT WHEN THE CONSTITUTIONAL PROVISION PROHIBITED BY THE NO IMPAIR OBLIGATION OF RIGHTS OF OCCUPATIONAL OR EXERCISE THE PROFESSIONS AND LICENSES **Properties Privates INHERENTS** (OWNERS) OF CITIZEN UNNEMBARGABLES immediately must order a COURT REAFFIRMING my statements INVIOLABLE RECLAIMED PROPERTY RIGHTS AND THEREFORE IT otherwise be illegal, unconstitutional, ABSOLUTELY VOID and void; RESTORE THE MANDATE OF THE SUPREME LAW AND ORDER RESTORE THE LEGAL CONSTITUTIONAL OBLIGATIONS AND PREVENT DISCRIMINATION AGAINST MYSELF PROF. DR. JOSE M. FONT, ORDERING THE IMMEDIATE PAYMENT AGAINST THE STATE OF ELA DE P.R. FOR $1,000 BILLION DOLLARS IN FAVOR OF DR. JOSE M. FONT DE SANTIAGO AND INTEREST AT 7% monthly from January 1980, BUT THE PAYMENT OF THE BAD FAITH LITIGATION (DOUBLE COMPENSATION FOR 32 YEARS) BY THE STATE ELA OF P.R. And U.S.A. They cause great damages to the DR. JOSE M. FONT

OF PLAINTIFF JAMES petitioner. SO AS, AMONG OTHERS, THE "NO PLACE" is unlawful, EX POST FACTO LAW, unconstitutional, void, invalid, CONTRARY TO LAW AND THE SUPREME LAW (EX ACTING SUPERIOR STANDARD FORCE OR AUTHORITY OWN AND ORDER THE RETURN OF ORDER LEGAL IMPRESCRITIBLE immutable), AS THE PROFESSIONAL EXAMINATION IS CONFIRMS OR UNDERMINE, PRIVATE AND VIOLATING MY RIGHTS AND PROPERTY, INCLUDING DUE PROCESS OF LAW CONSTITUTIONAL RIGHT (CAUSE) AND FAIR AND EQUAL PROTECTION OF LAW INCLUDING AMONG OCCUPATIONAL LICENSES other constitutional guarantees AS THE IV AMENDMENT OF USA  CITE No State shall make or enforce any law which abridge the privileges or Immunities (RIGHTS) TO, THE CITIZENS OF THE UNITED STATES, GUARANTES OF THE CONSTITUTION AND ARE HARMFUL TO TAKE CONSEQUENTIAL deprive this Citizen DR. JOSE M. FONT OF JUDICIAL FUNCTION OF AWARD JUST CAUSE and meritorious legal and Constitutional AND WAYS AND MEANS ABSOLUTELY VOID INFRINGEMENT, FRAUD PRODUCING THE FAILURE OF JUSTICE, what is constitutional ABSOLUTELY VOID BY THE DEFENDANTS OF HEADING (STATE) BUT VERY SPECIAL PART OF THE "judges", and it is right to IMMEDIATELY REFUNDED LEGAL ORDER AS PROVIDED IN THE ORDER IMPOSED AND UNITED STATES CONSTITUTION AND ITS AMENDMENTS ARE CITED essential or backbone of our computers and are PROHIBITED SUCH DISCRIMINATION AND Defame VIOLATIONS NOT ILLEGAL AND IMPAIRMENT OF OBLIGATIONS (RIGHTS AND PROPERTY OF CITIZENS) committed by ALL DEFENDANTS INVOLVED IN HEADING), deprived of the merit through malicious and fraudulent Misrepresentation BY THE DEFENDANT AND THEIR LAWYERS OF MY LEGITIMATE CLAIMS TO JUST redress of grievances and Fair (CAUSE) FAIR TRIAL BY COMPENSATION (SUMMARY JUDGEMENT IN THE CASE PADIN VS. ROSSI 100 DPR 262 E FAIR IN ANY FORUM). MORA DEVELOPMENT VS. 87 SANDINO D.P.R. 39 (non exceptio ADEMPLETI CONTRATUS**: pacta sunt servanda**) one party (the State) can not require the fulfillment of an obligation (A PROFESSIONAL CITIZEN) YES NO (NO STATE LICENSE TO DELIVER THE CAREER BEFORE THE OWNERS: THE CITIZENS: (ENTREGENLAS) The State (Commonwealth of Puerto Rico and USA) before. Fletcher vs. Peck 10 U.S. (6 cr.) 87 the state can not violate their own contracts (Supreme Laws and / or Constitutions: Contracts are valid no matter its shape. RISS VS. NEW YORK NY 555 579 2D The "sovereign immunity" can not be Invoked to Avoid the payment of damages' under the subterfuge of financial ruin of the state. Because the state under the obligation to Have First Amendment of USA cite ... and to petition the Government for Redress of Grievances to (Apply to Puerto Rico). One year of internship (in all professions and trades) under the supervision of professionals appointed by the state, guarantees the general knowledge to exercise the professions, as well increasing knowledge and skills of the profession and ensuring Trades "police power" of the state. NIEVES CRUZ VS UPR 200 JTS VS TOLEDO 91 and BLAS. GUADALUPE 98 JTS 101 HOSPITAL LOST the ability to generate profits. THEREFORE THE CONSTITUTION OF THE UNITED STATES HAS BEEN

Lighthouse, ALWAYS A STEP LIGHTING Ascending NOT ONLY OUR TOWN (PUERTO RICO) OUR NATION AND THE UNITED STATES OF AMERICA, BUT OF MANKIND IS OUR DUTY AND DUTIES (OF NATURE People, ETERNAL SACRED HUMAN INVIOLABLE) PROPERTIES (PROPRIETARY PRIVATE PROPERTY LICENSING undeniable INNEMBARGABLES INHERENT never delegates CITIZENS FOR THE FOUNDING FATHERS TO ANY FORM OF GOVERNMENT FEDERAL, STATE AND TERRITORIAL EXECUTIVE, LEGISLATIVE AND JUDICIAL) AND THE FREEDOM TO WORK. ATTACHMENTS INCLUDING exhibits in the record. MANSFIELD JUDGEMENT state (OLD OR NEW in involuntary servitude (or exam validates NULL) Slavery is so odious nature, forced to endure nothing: how to express WHY SUPREME LAW OFFICIALS WHEN (YOU ALL PREVARICATEROS) USURPER GOVERNMENT, steal our rights and property MALICIOUS: OUR PROFESSIONS LICENSING To avoid developing economic and intellectual and also for the benefit of our families and our societies or nation and our freedoms, our money from citizens and our governments and "under color authority" you creating the new slavery or involuntary servitude; IS THE MANDATE AND ORDER CONSTITUCONAL EVERY American citizen, ESTABLISHED BY THE FOUNDING FATHERS OR COMPONENTS USED IN OUR CONSTITUTION OR LAWS AS SUPREME DUTY OF CONSTITUTIONAL LAW unavoidable obligation overthrow all treacherous; rights, property, freedoms and democratic dignity. Here are REAL MEN HONOR former USA soldiers ready to defend the                                    REAL                                    DEMOCRACY,
Our citizenship Dictum: Paris Peace Treaty of 1898 Article IX Spanish subjects, natives of the Peninsula, residing in the territory over which Spain relinquishes or cedes sovereignty by this treaty, may remain in such territory, retaining in either event all their rights property, including the right to sell or dispose of such property or its products, and will also have the right to exercise their industry, trade or profession, subject to this regard to the laws that apply to other foreigners. If they remain in the territory they may preserve their Spanish nationality by registration to an office within one year after the exchange of ratifications of this treaty, a declaration of his intention to retain the nationality: the absence of this statement be deemed to have waived that nationality "* ** is ex post facto LAW, unconstitutional, illegal or null and void Catoniana Regula, Legem Extra, Ultra Vires and adopted )***** territory (USA implemented immediately Amendment XIV PR) in which to reside (1. the Doctrine U.S. citizenship followed the American Flag that is imposed on all the residents of Puerto Rico, without excluding U.S. Citizenship (Legatorum Jure (Bill of Rights inviolable and that force or acted EX PROPIO VIGORE: Rebus Sic Stantibus or permanent) as opposed to what is said in the daily sessions of the U.S. Congress since the Paris Peace Treaty of 1898 was and is a Contract NOVEL Plenipotentiary International under which the USA (its TERRITORY PUERTO RICO also obliges) and Spain give up, quit and obligations by Article VI Supremacy of the U.S. Constitution and the treaty or law to specific performance INTERNCIONAL SUPREME inviolable and ILEGISLABLE (you can not legislate against these inalienable rights (natural) PEOPLE (OWNERS EQUITY: JUS POSSIDENDI is right to possess, legal consequences of owning every human being) for this, this is a

NOVEL INTERNATIONAL PARIS PEACE TREATY , 1898 between states (USA and SPAIN) because it guarantees FOREVER INVIOLABLE These economic rights in Article IX of this international law, 2. In 1824 the U.S. Supreme Court determined through Chief Justice Marshall JUDGE (President) for **Osborne vs. BANK UNITED STATES of Pet. of 1824** That was U.S. citizenship and a right of every citizen INDIVIDUAL OWNER waived and the state has no legal authority to Prevent, nor sustainable quote case AFROYIM vs. Rusk 1967 that the property to regain citizenship foreign or previous nationality is entitled to have it or inherited, to the acquisition of American citizenship, was not lost U.S. citizenship, citizenship or nationality because they are ABOVE INALIENABLE Previous Owners Rights, which can preserve and reserve the individuals or if only citizens may renounce the citizenship or nationality but in the case of renouncing U.S. citizenship Mari Bras his resignation is unconstitutional and void because to renounce U.S. citizenship, Esq. Mari Bras had to give it up time Puerto Rican citizenship by a historical event that occurred after the 13 colonies INPEDENDENCIA U.S. under the umbrella of the term Articles of Confederation from 1880 until 1887, where each state is independent of the 13 colonies had an independent constitution, for Thus an Independent CITIZENSHIP: Ex Virginians Virginia was called, those of Georgia were the Georgians and so on in each state or the citizens of each sovereign independent state was back on American or American citizenship and was well for about almost 80 years, still governed by the Constitution of the United States of America where resurgent sense of secession (separation) from the Southern States (Confederate) vs. The North (Union) that ends in the American Civil War, where the Unionists or mature once inside the Union, never out of the Union of the United States, establishing a strong government Federal state governments therefore SUPREME AMERICAN CITIZENSHIP or on other citizens of the 13 colonies States and territories or incorporated or "unincorporated." Geographic Demarcation The ONLY preserved and Spanish Nationality reserve in the American Hemisphere (BASED ON LEGAL CASE IRREVOCABLE OSBORNE. Vs. UNITED STATES BANK 1824 was decided by CHIEF MARSHALL JUGDE) Puerto Rico because it was never created any other citizenship or nationality other words: URGENT MOTION protected by Article III EXTEND SECTION # 2 in RIGHT to ALL CASES arising out of the U.S. Constitution call on the Governments of Commonwealth of Puerto Rico and the United States AMERICA the First Amendment **Redress of Grievances**: Order is the specific Accomplishment MANDATE UNDER THE CONSTITUTIONAL PROVISIONS AUTHORITY (**ACTING EX Propio Vigore**) the Constitution of the United States of America ORDER RETURN THE PROFESSIONS LICENSES PRIVATE PROPERTIES INHERENT wrongful arrest and unconstitutional for the government of the Commonwealth of PR and the United States of America, by DR. JOSE M. SANTIAGO FONT include citizens of all professions and ASK is payment order of $ 1 Billion Dollars to PROF. DR. JOSÉ M. FONT Santiago for 32 years of damage and DAMAGES, INCLUDING LOSS OF CAPACITY TO GENERATE PROFITS AND LOSS OF PROFITS, suffering and mental anguish and MORALES, DAMAGES CLAIMED CONTINUOUS (loss of property, happiness, loss of 2 wives and 3 children, Prosperity), among others, CITED in earlier writings, referred to

the Constitution of the United States of America Article I quote paragraph 3, section # 9 BILL NO of attainder (the principal LIABILITY CAN NOT BE SUPREME approved or it has no power or authority because it is absolutely forbidden to require or Constitutionally HOLD to be NULL by the legislature, heading or better OR has no "power" to signed it is prohibited (Article IV Section # 4 (PR ELA) Comply with and enforce) Constitutionally the Executive, or violate, misused or attached Extra Legem illegal and unconstitutional or outside of the Duty of Due Process Constitutional Law and restrict Denied (OCCUPATIONAL LICENSES) FEDERAL through judicial interpretation, state or territory so as not to create what they created the Governments of E.L.A. of P.R. & U.S. GOVERNMENT: **the antiestablishment** AMERICAN Government, which is contrary to the ruling of the guarantees of the Constitution of USA and its Amendments I, IV, V, VIII, IX, X, XIII coming down by the Fourteenth Amendment of the U.S. and also creating the New Sophisticated Slavery or involuntary servitude without string, which is constitutionally banned and violate the constitutional civil rights INVIOLABLE FUNDAMENTAL DEMOCRATIC HERITAGE Citizens are inalienable ILEGISLABLES (Real Democracy LEGAL), that none of the three "powers" or BREACH OF DUTY CAN NOT BECAUSE serious and is EX POST FACTO LAW (EX own vigor) SHALL NOT BE PASSED: revalidation or specious PROFESSIONAL EXAM has no constitutional status and constitutionally prohibited IS ABSOLUTELY VOID by SER, EX POST FACTO LAW, unconstitutional, illegal and ultra Vires because it is contrary to right), Article I section # 9 and # 10 DO NOT affect the obligations (RIGHTS, PROPERTIES (PROPRIETARY PROFESSIONS LICENSING INHERENT citizens, never delegates to any form of government) FREEDOMS, contractors and the U.S. Constitution is a contract (down by Article VI Supremacy Clause are LAWS OF THE UNITED STATES: Declaration of Independence July 4, 1776 inalienable rights (or inalienable right to the PURSUIT Occupation or position EXERCISE ESTOPPEL promissory ETERNAL, Paris Peace Treaty of 1898 (rebus sic Stantibus) item # 9 and is entitled to exercise their profession (**De Jure LEGATORUM Involables**) and other laws of CITO PEOPLE Universal Declaration (of people or beings) HUMAN 1948), quoting the U.S. Constitution Judges are required to comply with the limitation of rights INALIENABLE ILEGISLABLES) and Amendments I, IV PROHIBITED INFRINGEMENT or seizure of documents or papers (including licenses by profession), V NOT TAKE PRIVATE PROPERTY (including licenses Professions: Jus Possidendi) FOR USE public, without just compensation, VIII, IX, X, XIII to fall together with the Fourteenth Amendment of the U.S. NOT BE ENFORCED approved or no law shall abridge the privileges and immunities (rights, property and liberties) of U.S. citizens and Determination or Judgment revoked by BE ABSOLUTELY NULL, Ex post facto Law, unconstitutional, illegal, Extra Legem and CATONIANA REGULATES: Never Prescribe or is IMPRESCRITIBLE (Preemption Doctrine). In addition there Litigations Bad Faith for 32 years by the States or Governments (Commonwealth of Puerto Rico and the United States of America) for the Professions License is an inherent property of CITIZEN Private (JUS POSSIDENDI) as emanating from the fundamental constitutional rights to enjoyment of property (Fundamental Freedoms are immanent (instability of

JURE)) Constitutional and Law Absolute Owner at degree, diploma or certificate of successful completion of all materials and the Law Profession constitutional Inalienable Professional Practice and Through a year of internship under the supervision of professionals appointed by the state guarantees the "police power "of the state and for other purposes. That all this is the Truth: Prof. Dr. José M. FONT OPHTHALMOLOGIST PHYSICIAN OF SANTIAGO 32 years, THE GRADUATE December 14, 1979 it was operating prior to approval and you 6 graduate had taken (past) the PR and accepted a revalidation of the way with 92 notes) INTERNATIONAL UNIVERSITY Hostos in SANTO DOMINGO, DOMINICAN REPUBLIC with Decree # 3436 (License) of President Joaquin Balaguer Issuing Authority TITLE DOCTOR IN MEDICINE AND SURGERY and Other Degrees and Titles, and ended May 15, 1989 SPECIALTY (ALL COURSES medical and surgical) of ophthalmology at the (HUGE) UNIVERSITY HOSPITAL (from Nobel Prize) UNIVERSITY OF URUGUAY, in MONTEVIDEO, URUGUAY REPUBLIC OF; (recognition, do not apply the "rules (Ex Post Facto Law) to recognize medical schools abroad" and Regulation Act of the Commonwealth of Puerto Rico in 1957 prohibited the application but was registered and approved and (NEVER) Published by the Official Gazette Commonwealth of PR, not been published since 1972, was never signed by the Governor of Duty to come into effect, which never came was in force "rules to recognize medical schools abroad "because the government never met or been with the Regulations Act 1957, it was and is ABSOLUTELY VOID your application" I had the opportunity to take the exam also validates the United States and the requests and the I objected and refused to be unconstitutional, illegal and null and ex post facto clause because it violated Law Constitutional Bill of Attainder quote Shall Not Be Passed Constitution of USA, and claim my PROFESSIONS LICENSING being CITIZEN'S PRIVATE PROPERTY INCIDENT NEVER FOR DELEGATES FOUNDING FATHERS TO ANY FEDERAL republican form of government, state or territory (PUERTO RICO), which denied the unlawful and unconstitutional and void, being EX POST FACTO LAW and NO BILL CITO SHALL BE PASSED of attainder. (I had an accident (UPR 2002 ) and incidents of assault on March 31, 2006 and then 2007 in the Hospital Mutual Aid me permanently injured right sciatic nerve and the case is Subjudice in term of Injury). that all terms of the Commonwealth of Puerto Rico prescribed to Reply Commonwealth's attorneys and never sent any motion to Claimant Dr. Font, who protested (Object) and asked for Summary Judgment Against the State (Commonwealth of Puerto Rico and U.S. Government) and the judge ignored, one above the LAW; **NO ESCAPE SUPERIOR FEDERAL LAW  SCHEUER vs. Rhodes 94 S. Ct. 1683;** PADIN vs. ROSSI 100 DPR 262 THE COURT have the DUTY ORDER Summary **Judgment**, First England Evangelican Lutheran Church vs. Los Angeles County 482 U.S. 304 BUT WHEN GOVERNMENT Taking PRIVATE PROPERTY TO A CITIZEN, THE GOVERNMENT HAS THE OBLIGATION (CONSTITUTIONAL) TO PAY DAMAGES (AND LOSSES) FROM THE TIME THAT HAS BEEN TAKING EFFECTIVE OR EMBARGO (RIGHTS ARE properties and generic properties RIGHTS ( OCCUPATIONAL LICENSE inviolable because they are PRIVATE OWNERS RIGHTS OF CITIZENS NEVER DELEGATES FOR FOUNDING FATHERS to ANY FORM OF

GOVERNMENT: JUS POSSIDENDI is right to possess, legal consequences of owning or CONFIRMS therefore exam (it is a Government antiestablishment) NO has constitutional and constitutionally prohibited IS ABSOLUTELY VOID by SER, EX POST FACTO LAW or retroactivity, unconstitutional, illegal and ultra Vires because it conflicted with Right, quote DOCTRINAL SUPERNORMATIVO Sanchez vs. LOPEZ 118 DPR 701, one or more person AWARE, voluntarily and knowingly cause damage (and interest) to an injured party, everyone is responsible (solidarity) in damages to the injured, among other cases cited: DENT VS. WEST VIRGINIA THE TENDER 129 U.S. 114 RIGHT TO WORK, IS A PROPERTY RIGHT, ANGLE AMY VS. 116 JUMPING SPORTS ADMINISTRATOR TO DENY 414 DPR A LICENSE, THE RIGHT TO Violated JOB, THIS IS, AND TO EARN AN INCOME AND JUST TO HAVE A DECENT LIFE, THE RIGHT, TOGETHER WITH THE RIGHT TO LIFE , ARE BOTH RIGHT INALIENABLE OF MAN, AND FROM PERSON TO deprives HIS / HER LICENSE IS AN UNDEFINED FINE, (THAT) AND MAY TURN INTO ESTABLISHING A Cruel and Unusual Punishment, PROHIBITED BY THE CONSTITUTION, THE PEOPLE VS. TORRES ALBERTORIO 115 DPR 128 WHAT OPPORTUNITIES Affects WORK, EDUCATION OR THE PROFESSIONAL LICENSE, MAY CONSTITUTE INVASION OVER (THE) RIGHT TO INTIMACY, Marbury v.. MADISON 1 CR. (5 U.S.) 137, 173-180 (1803) IS LEADING THE CASE OF ALL AGES, BECAUSE IT ESTABLISHED THAT THE CITIZENS HAVE AN Entitlement OVER HIS OR HER PROPERTY (BUSINESS LICENSE) THAT IS NOT SUSCEPTIBLE OF A TAKING BY THE STATE'S apparatus "GIBBONS VS. Ogden 22 U.S. 1 when a" law "state and FEDERAL are in conflict , FEDERAL LAW IS SUPREME, THE ATTORNEY GENERAL OPINION # 18, 1958, RODRIGUEZ VS. MUNICIPALITY OF SAN JUAN 53 DPR 49 (1938); SUCN. GARCIA VS. AUTHORITY OF HIGHWAY 114 DPR 676 THE COPYRIGHT IS EXCLUSIVE (LICENSE CAREER IS A FUNDAMENTAL CONSTITUTIONAL CIVIL ASSET PRIVATE OWNER INALIENABLE INHERENT ILEGISLABLE every citizen) AND NOT AGREE THE USE OF AN ESTATE (PROPERTY IN ANY WAY INCLUDING OCCUPATIONAL LICENSES) for purposes contrary to the rights of the owner (jus possidendi DR . JOSE M. FONT), THE CAUSE DAMAGE TO A FARM (O PROPERTY IN ANY WAY SHAPE AND OCCUPATIONAL LICENSE INCLUDING ABOVE (Article VI Supremacy Clause) to the U.S. Constitution and its amendments) EQUALS deprived of his property THE OWNER (Dr. Jose M. Font de Santiago) and in this sense LAW PROTECTS ME, gibbons vs. Order 22 U.S. 1 when there is a dispute between a state and federal law, federal law is supreme; PADIN VS. ROSSI 100 DPR 262; VAZQUEZ VS. TRIBUNAL 78 DPR 744 ORDAIN PAY ALL DAMAGES AND PERJUDICES TO PLAINTIFF; Geofroy VS. RIGGS 133 U.S. 258 power or government can not do what the Constitution forbids; HOLDEN VS. HARDY 169 U.S. 366 PROPERTY OR RIGHT PROPERTY CAN NOT BE TAKEN FOR THE BENEFIT OF A FEW PEOPLE OR BENEFIT OF THE STATE; ALLIED VS. SPANNUAS 2716 98 U.S. GOVERNMENT CAN NOT ALTER THE TERMS OF THE CONTRACT (**Supreme Law**); PERRY VS. SINDDERMAN 408 U.S. 593 THE GOVERNMENT OR POWER CAN NOT DENY RIGHTS PROTECTED IN CONTRACTS (U.S. Constitution and its Amendments I, IV,

V, VIII, IX, X, XIII JOINT DOWN XIV amendments U.S.A.) MALDONADO WIDOW VS. MENDEZ 88 DPR 263; TENNESSE LANE 158 V. L. Ed 2d 820; DOCTRINE CASE SUPERNORMATIVO SANCHEZ VS. LOPEZ 118 DPR 701 when one or SEVERAL PERSONS consciously, voluntarily and knowingly CAUSES DAMAGES (and Perjudices) **to an affected person**, **ALL are solidarity** and  ALL of THEM are RESPONSIBLE FOR DAMAGES CAUSES TO the PERSON Affected; SCHEUER VS. RHODES 94 S. CT. 97 NO ESCAPE TO THE SUPERIOR AUTHORITY OF THE FEDERAL CONSTITUTION, Armstrong VS. Roberto Sanchez Vilella 74 DPR 172 can remedy (for violation of civil rights0 against the  official in his personal capacity only if such actions do NOT fall within their duties or, to be within those duties, only if the duties or exercise are Constitutionally NULL; FIRST ENGLAND EVANGELICAN LUTHERAN CHURCH. Vs. LOS ANGELES COUNTY 482 U.S. 304 WHEN THE GOVERNMENT   TAKING A PRIVATE PROPERTY TO A CITIZEN,  THE GOVERNMENT HAS A OBLIGATION TO PAY DAMAGES TO CITIZENS, FOR THE TIME THAT HAS BEEN TAKING EFECTIVES, Action Party Civil vs. COMMONWEALTH OF PUERTO RICO 150 DPR 359 and BLD CORP ARECIBO. VS. SUPERIOR COURT 101 DPR 720, 726, 727 (1973) cited the Supreme Court "PROCEDE JUDGEMENT BY THE CLAIMS IF NOT EXISTS SUBSTANTIAL CONTROVERSY OF FACT, MAKING UNNECESSARY TRIAL HOLDING FUND RECEIVE; **THE V AMENDMENT** NO PRIVATE PROPERTY TAKING WITHOUT JUST COMPENSATION CITE  and Doctrine SUPERNORMATIVO USA SANCHEZ VS. LOPEZ WHEN A 701 DPR 118 701 when one or SEVERAL PERSONS consciously, voluntarily and knowingly CAUSES DAMAGES (and Perjudices) **to an affected person**, **ALL are solidarity** and  ALL of THEM are RESPONSIBLE FOR DAMAGES CAUSES TO the PERSON Affected;. For as long as States or Governments of the Commonwealth of PR and the United States of America are BAD FAITH LITIGATION Acting through (ASK THE DOUBLE COMPENSATION) AGAINST THE DEFENDANTS OF HEADING (in clear ACTS IN THE STATE (DE FACTO) ELA (**ACTS in FRAUDEM LEGIS**) PR and Federal Government OR OTHER LEGISLATIVE REVIEW CONFIRMS employment (through ITS UNDERMINE OFFICERS, private (usurper) and Violate (by TAKING OR EMBARGO) WITHOUT DUE PROCESS OF LAW,  CONSTITUTIONAL RIGHT **NO BILL of ATTAINDER** (can not be approved by the Legislature, signed by the  Executive, or Violate, Usurped or attachment, Denied through judicial interpretation and restrict Federal, state or territory that was not created, which created the Government and the New Totalitarianism involuntary servitude or slavery, since it is the FUNDAMENTAL CONSTITUTIONAL RIGHTS HERITAGE CIVIL DEMOCRATIC Unalienable ILLEGISLABLES Citizens, are not of the 3 "powers" or BREACH OF DUTY CAN NOT IMPAIR, PRIVE, VIOLATE THOSE INNALIENABLES RIGHTS AND PROPERTIES OF CITIZENS, BECAUSE **is Ex Post Facto or Retroactive LAW (EX PROPIO VIGORE) SHALL NOT BE PASSED**: Revalida and Professional Exams are Constitutionally Prohibited  IS ABSOLUTELY VOID by NULL, EX POST FACTO LAW, UNCONSTITUTIONAL , ILLEGAL and ultra Vires as being contrary to LAW BUT THE FORMER POST FACTO LAW AND ABSOLUTELY VOID, Article V (NOT

44

PERFORMED AS PROVIDED in Article V procedures are or how to make the amendments, was never completed (Preemption Doctrine) to give constitutional status to the professional examination, WHAT IS EX POST FACTO LAW (CONFIRMS), Unconstitutional, illegal, Null and Void; and ALSO ABSOLUTELY Impairment the OBLIGATIONS Constitutional Guarantees of Rights and Property OF CITIZENS, which is constitutionally prohibited is therefore NULL in the FEDERAL SUPREME LAW BECAUSE the U.S. Constitution Article V and Article VII of the Commonwealth of PR SUPREME AMONG OTHER LAWS PROHIBIT ABSOLUTELY the impairment and VIOLATIONS OF CONSTITUTIONAL LAW DUE PROCESS but with premeditation, treachery, malice, usurpation, insidious, ABUSIVE, capricious, arbitrary, illegal and shape impairment and unconstitutional wrongful arrest, and Viola (TAKING of the Governments of the Commonwealth (De Facto) PR and the Constitution (DE JURE) United States of America CIVIL RIGHTS CONSTITUTIONAL FUNDAMENTAL DEMOCRATIC HERITAGE IMMUTABLE INALIENABLE Citizens are ILEGISLABLES (DE JURE LEGATORUM **inviolable)** and IRREVOCABLE constitutional RIGHTS of Due Process of Constitutional Law and Equal Protection of the Laws of both Constitutions (ELA PR and the U.S. Constitution and Amendments I, IV, V, VIII, IX, X, XIII, XIV-lowering quote AMENDMENT WILL NOT COMPLY is approved or no law restricting privileges or immunities (RIGHTS CITED ) of CITIZENS OF THE UNITED STATES OF AMERICA) being the revalidation exam professional are EX POST FACTO LAW UNCONSTITUTIONAL, ILLEGAL, ABSOLUTELY VOID, capricious, arbitrary, abusive, discriminatory and INVALID by inducing impairment PRIVATE RIGHTS VIOLATION and usurp CITED AND CLAIMED BY PROF DR. JOSE M. FONT SANTIAGO through the Commonwealth's Public Officials of PR, which is contrary to t the Supreme Obligation to deliver the professions that are LICENSES PRIVATE PROPRIETARY RIGHTS GUARANTEED IN EVERY CITIZEN THE SUPREME LAW OF THE NATION THROUGH THE SUPREMACY CLAUSE ARTICLE VI SPECIFIC ACCOMPLISHMENT: Stipulatio OATH Judges and Public Functionaries) FUNDAMENTAL RIGHTS ARE DEMOCRATIC HERITAGE PRIVATE OWNERS ILEGISLABLES INALIENABLE INVIOLABLE INHERENT CAREER LICENSES IS A PRIVATE (OWNER: JUS POSSIDENDI**) inherent right of every citizen** GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES AND ITS AMENDMENTS through Article VI Supremacy Clause (USA) AS SUPREME LAW OF THE NATION: WHAT ARE THE DECLARATION OF INDEPENDENCE OF THE UNITED STATES OF AMERICA ON 4 JULY 1774 inalienable right to quote **PURSUIT** AND THE PARIS PEACE TREATY OF 1898 quote Item # 9 **and is entitled to exercise their industry, commerce or Profession** FORCE FOREVER (**rebus sic** Stantibus) SUPREME LAW OF THE NATION, THE PRIVATE UNDERMINE, Viola and Spoilers (wrongful arrest THE STATES OR GOVERNMENTS of the Commonwealth of Puerto Rico and USA) THE RIGHT TO PURSUIT OF HAPPENING or exercise of the profession for HAPPINESS WITH MY RIGHTS AND ACCESSORIES (MUNIFUNDIO) OF THE CAREER INVIOLABLE LICENSE (OWNED BY EACH CITIZEN NEVER DELEGATE TO ANY STATE BY FOUNDING FATHERS OR CONSTITUENTS OF

THE UNITED STATES OF AMERICA) impairment BUT VIOLATED and usurped illegally and unconstitutionally (NULL) not only the constitutional right to due process of law and equal protection of laws but also causes premeditated, Aleve, MALICIOUS arbitrary, abusive, illegal, unconstitutional, void ABSOLUTELY, EX POST FACTO LAW AND VOID (AL REGULATION OF PROFESSIONAL REVIEW CONFIRMS OR PR cause great and irreparable DAMAGES LOST PROFITS AND / OR LOSS OF THE ABILITY TO and USA, which has NO CONSTITUTIONAL RANK) THE STATE E.L.A. of P.R. And U.S.A. They GENERATE PROFITS IN PARTICULAR CITIZENS DR. JOSE M. FONT SANTIAGO (TAKING ILLEGAL and UNCONSTITUTIONAL and VOID BY THE COMMONWEALTH PR and USA) embargo MY LICENSES CAREERS WITH ALL DAMAGES HUGE foreseen or unforeseen, directly and indirectly by 32 years and calls for double compensation by fraud usurpations, and STEAL OUR PROFESSIONS LICENSES PRIVATE PROPERTY INHERENTES of citizens and I Accuse against all public officials and Defendants including the "Commonwealth" (de facto) PR and 3 CONSTITUTIONAL DUTIES GOVERNMENT of the UNITED STATES of AMERICA THE STLOEN OURS PROPFESSIONAL PRIVATE INHERENT PROPERTIES LICENSES and therefore PROHIBITED BY THE SUPREME LAW CITO NO TAKING PRIVATE (LICENSES OF PROFESSIONS) Property without just compensation (means licenses for profession) MYSELF AGAINST PROF. DR. JOSÉ M. FONT DE SANTIAGO CITIZEN OF PUERTO RICO AND THE UNITED STATES OF AMERICA, as the SUPREME LAW ARE THE ONLY SOURCE OF AUTHORITY OF CANCELLATION OR REVOCATION AND PROHIBIT THE GOVERNMENT (antiestablishment) Such acts of unlawful expropriation and unconstitutional ranging in AGAINST THE RIGHTS AND PROPERTY (ESTABLISHMENT OF THE FEDERAL CONSTITUTION IRREVOCABLE) that inviolable guarantee rights, property, freedoms (MY PROFESSIONS LICENSES) OF THIS RECLAIM PROF. DR. JOSÉ M. FONT DE SANTIAGO, AND TO BE HAVE COMPENSATED WITH THE DOUBLE COMPENSATION CLAIMS AGAINST ALL DEFENDANTS (SOLIDARITY) HEADING COMMONWEALTH of P.R. and U.S.A. Government AMONG OTHERS in EPIGRAPHERS for 32 years of encroachment and wrongful arrest or THEFT. This occurs when impairs, private, usurped and wrongful arrest, unconstitutional and void ABSOLUTELY PRIVATE PROPERTIES INHERENT CAREER Licenses of Citizens) VIOLATES THE LEGAL viewed in its entirety or when it violates a COMPULSORY STANDARD (**AS Authority Supreme law and the Right to a Fair Trial, as I will have Private Property Licenses INHERENT PROFESSIONS undersigned DR. JOSE M. FONT DE SANTIAGO,** because this is the rule of SUMPREME Law AND to a Citizen's Rights, that CONSTITUTIONAL **Order is violated,** because Corrupt governments and administered (NO ANTIESTABLISHMENT) by the State CRIMINALS public officials CAN NOT VIOLATE, Usurpers, wrongful arrest OURS RIGHTS PROFESSIONS LICENSES (LICENSING) OF CITIZENS is an inherent property inviolable, undeniable Prof. Dr. Jose M. Font Santiago and irrevocably guaranteed eternity in the SUPREME Laws of the Nation of USA, CREATING THE NEW SLAVERY or SERVIDUMBRE INVOLUNTARY PROHIBITED in our CONSTITUTIONS, THE UNDERMINE corrupt public officials,

private, RAPE, usurped FUNDAMENTAL CONSTITUTIONAL CIVIL RIGHTS OWNERS PRIVATE INHERENT ILEGISLABLES INALIENABLE GUARANTEED FOREVER PROFESSIONS LICENSING (LICENSES) OF CITIZENS IN THE SUPREME LAW OF THE COUNTRY INCLUDING THE RIGHT TO EXERCISE OF OURS PROFESSIONS, COMMERCE (work or Inviolable CARRIER, Jobs is THE SOURCE OF WEALTH CREATION, from which emanate of OURS UNALIENABLES RIGHTS OR IS FOREVER Immanent THE CONSTITUTIONAL RIGHT TO LICENSES OF PROFESSIONS that preceded or is reserve and guarantee that WE THE PEOPLE SOVEREIGN IMMUNITY AND KINGS above in the sunken STATES CONSTITUTION AND ITS AMENDMENTS I, IV V, VIII, IX, X, XIII XIV OF AMERICA CITED BY THIS WRIT, THEY ARE inviolable rights of THE STATE OF DEMOCRACY LAW (FEDERAL, STATE OR TERRITORIAL can not regulate, because the FOUNDING FATHERS OF THE CONSTITUTION AMERICAN ARE NEVER DELEGATES to ANY FEDERAL republican form of government, state or territory and are the source of CREATING WEALTH FOR EACH man and woman, WHY CAN NOT REPEAL THE PROVISIONS OF THE FEDERAL CONSTITUTION, public officials of the three "power" or DUTIES, by its very nature inviolable and inalienable legal, null and void has no terms given. If the SUPREME LAW Prohibits the EMBARGO TO RIGHTS AND PROPERTIES, FREEDOM OF OCCUPATIONAL LICENSES IS A FUNDAMENTAL (Patrimonial) PROPERTY RIGHT OWNER PRIVATE INHERENT, inalienable and ILEGISLABLE OF EACH CITIZEN, THE constitutional provisions of the redress of grievances, UNDER THE CONSTITUTIONAL PROVISION of just compensation (DOUBLE FOR BAD FAITH LITIGATIONS have been by committed public officials of the Commonwealth of Puerto Rico and the U.S. government) and violating the NO IMPAIRMENT OF OBLIGATIONS WE THE PEOPLE or SOVEREIGN IMMUNITY AND KINGS SUPREME CITIZENS (specific performance AMENDMENT I, IV, V, VIII, IX, X, XIII, and XIV including USA CONSTITUTION cite NO BILL of ATAINDER OR EX POST FACTO LAW SHALL BE PASSED) AS IS EVIDENT IN THE ARTICLES AND SECTIONS OR CONSTITUTIONAL PROVISIONS AND CLAUSES and cases cited, should and must be **ordered** WITH ALL RESPECT TO THE HONORABLE COURT, the absolute invalidity OF JUDGEMENT NO PLACE LIKE ANY OTHER DETERMINATION OF JUDGE AND RESTORE THE RULE OF LAW IMPOSED BY THE FEDERAL CONSTITUTION, LIKE ANY OTHER STATUTES, RULES, REGULATIONS, LAW, ARTICLE OR SUBDIVISION of tricky ILLEGAL, UNCONSTITUTIONAL EX POST FACTO LAW, VOID and NULL ABSOLUTELY CONSTITUTIONAL Exam Professional o Revalida CONFIRMS and the decisions that affect the obligations (rights and property of citizens) AS DE PRIVE AND VIOLATE THE RIGHTS TO FAIR and IMPARCIAL TRIAL UNDER THE SUPREME LAW OF USA : VALID CONTRACTS ARE NOT MATTER TO COURT BY THE WAY MY HONEST AND FUNDAMENTAL CONSTITUTIONAL RIGHTS MUST BE REINSTATED AS CLAIMS UNDER MY ASSEVERATIONS ARE GUARANTEED IN SUPREME LAWS INVIOLABLE quoted in the writings. CLAIMS IS UNBEATABLE VALUE TO CONCLUDE THAT WHEN IS PROHIBITED BY THE IMPAIRMENT OF CONSTITUTIONAL RIGHTS AND

PROPERTIES HIS PROFESSIONAL LICENSES OWNERS OF CITIZEN immediately must order a court conviction reaffirm my inviolable right of my PRIVATE PROPERTY CLAIMED OF THE IRREVOCABLE LICENSES OF MY CAREER BE A MANDATE BY ORDER and ORDERING CONSTITUTIONAL LAW CITED National Supreme UNDENIABLE for me and JUST AS THE DOUBLE COMPENSATION FOR THIS PLAINTIFF CLAIMED undersigned PROF. DR. JOSE M.  FONT De SANTIAGO IMMEDIATELY.   WOULD   OTHERWISE   ILLEGAL,   UNCONSTITUTIONAL, ABSOLUTELY NULL and VOID; RESTORE all THE MANDATE OF THE SUPREME LAW AND ORDER RESTORE THE LEGAL AND PREVENT DISCRIMINATION AGAINST MYSELF PROF. Dr. JOSE M. FONT De SANTIAGO, ORDERING THE IMMEDIATE PAYMENT AGAINST THE STATE OF ELA OF P.R. and U.S.A. Government by $1,500 BILLION IN FAVOR OF DR. JOSE M. FONT DE SANTIAGO AND INTERES AT 7% per month from FILING, PLUS THE BAD FAITH PAYMENT OF LITIGATION (DOUBLE COMPENSATION FOR 32 YEARS) BY THE STATE ELA OF P.R. and U.S.A. GOVERNMENTS (publics functionaries) Causing Enormous DAMAGES and Perjudices among others Continuously PUNITIVES Damages Against Prof. DR. JOSE M. FONT DE SANTIAGO PLAINTIFF  Petitioner and Is COMPLETELY LEGAL and CONSTITUTIONAL ORDER immediately   PAY ALL PAYMENTS by REDRESS GRIEVANCES and JUST (DOUBLE) COMPENSATIONS **RECLAIMS by $1,242, 408,890.41 BILLIONS DOLLARS TO  PAY IMMEDIATELY Prof. Dr. Jose M. Font De Santiago** under the U.S. Constitution and Amendments I, IV, V, VIII, IX, X, XIII, XIV of U.S.A.; and because the Defendants parts Epigraphers Committed the illegal, EX POST FACTO LAW, unconstitutional, void, invalid, CONTRARY TO LAW AND THE SUPREME LAW (NORMA IMMUTABLE ACTING SUPERIOR FORCE OR EX PROPIO VIGORE, against Him **Prof. Dr. Jose M. Font De Santiago** AND ORDER THE RETURN OF THE STATE LEGAL ORDAINMENT by THE FEDERAL CONSTITUTION of U.S.A., quote SCHEUER vs. RHODES 94 S. Ct. 1683 NO ESCAPE to the SUPREME AUTHORITY of the SUPREME LAW OF THE NATION and First ENGLAND EVANGELICAN Lutheran Church  vs. LOS ANGELES COUNTY 482 U.S. 304 One it is determined that a taking has place, the Government has duty to Compensate the Owner for the time that the taking was EFFECTIVE, among other cases cited in this paper reaffirm my statements, BECAUSE **IS PROFESSIONAL PRIVATE LICENSE** of Citizen Prof. Dr. JOSE M. Font DE SANTIAGO and his Families, VIOLATE MY RIGHTS AND PROPERTY, INCLUDING THE RIGHTS of DUE PROCESS CONSTITUTIONAL LAW JUST (CAUSE) AND FAIR AND EQUAL PROTECTION OF LAW INCLUDING MY PROFESSIONALS LICENSES (CAREER) AS CONSTITUTIONAL GUARANTEES INCLUDING THE FOURTEENTH AMENDMENT USA CITO NO shall make or enforce any law which shall  abridge the privileges and immunities the Citizens of the United States; nor shall State deprive any person of life, liberty or Properties without due process of law (the rights and property including mine Professions Licenses a Private PROPERTIES PATRIMONIAL FUNDAMENTAL Inherent  LAW  in each  U.S.  Citizen), among others,, PROVISIONS OF THE CONSTITUTION AND CONSEQUENTIAL DAMAGES and PERJUDICES AMONG

OTHERS RECLAIM THAT ARE HARMFUL TO TAKE deprive this Citizen DR. JOSE M. FONT DE SANTIAGO JUDICIAL FUNCTION OF FAIR AWARD Cause and Meritorious Legal and Constitutional AND WAYS AND MEANS ABSOLUTELY VOID usurped by ILLICIT EMBARGO by the PARTS Defendants of headings (State or Government of Commonwealth of Puerto Rico and U.S. Government) EPIGRAPHERS, and RECLAIMS that Right is to Restore the Immutable LEGAL ORDER IMPOSED AS PROVIDED THE UNITED STATES CONSTITUTION AND ITS AMENDMENTS I, IV V, VIII, IX, X, XIII and XIV ARE CITED OR ESSENTIAL PART OF OUR ORDER SPINE and prohibited such discrimination and defamation and violation of the NO Impair the Obligations (Rights and Property (PROFESSIONAL LICENSES) of Citizens) CONTRACT, COMMITTED BY ALL PUBLIC FUNCTIONARIES INVOLVED CLAIMS OF HEADING CITED), deprived of the merit through malicious and fraudulent Misrepresentation BY THE DEFENDANTS PARTS AND THEIR LAWYERS; JUST MY LEGITIMATE CLAIMS TO THE REDRESS OF GRIEVANCES AND FAIR (CAUSE JUST) TRIAL BY DOUBLE COMPENSATION MERITORIOUS (SUMMARY JUDGEMENT UNDER FAIR IN ANY FORUM PADIN CASE VS. ROSSI 100 DPR 262 (Pacta Sunt Servanda); Fletcher vs. Peck 10 U.S. (6 cr.) 87 the state can not violate their own contracts (Supreme Laws and / or Constitutions: Contracts are valid no matter its form. RISS VS. NEW YORK NY 555 579 2D the "sovereign immunity" can not be Invoked to Avoid the payment of damages' under the subterfuge of financial ruin of the state. Because the state under the obligation to Have First Amendment of USA ... and to cite **petition the Government for Redress of Grievances to (Apply to Puerto Rico).** One year of internship (in all professions and trades) under the supervision of professionals appointed by the state guarantees the General Knowledge for the occupations also increasing knowledge and skills of the profession and ensuring Trades "police power" of the state. NIEVES CRUZ VS UPR 200 JTS VS TOLEDO 91 and BLAS. GUADALUPE 98 JTS 101 HOSPITAL LOSS OF CAPACITY TO GENERATE PROFITS and loss of earnings CONTINUOUSLY INCLUDING DAMAGES. THEREFORE THE CONSTITUTION OF THE UNITED STATES HAS BEEN Lighthouse, ALWAYS A STEP LIGHTING UP, NOT ONLY OUR TOWN (PUERTO RICO) OUR NATION AND THE UNITED STATES OF AMERICA, BUT OF MANKIND CITIZEN IS OUR DUTY TO PUT these inalienable rights and freedom to WORK. Exhibits INCLUDED IN ANNEXES. The right to education and the right to the Work or INVIOLABLE practice of the professions (it is the creation of wealth for all citizens) are essential of our community or our society, which realize the greatness of our civilization, the more citizens receive the benefit of education and the right to work or certain right to exercise professions and our profession LICENSES ARE PRIVATES PROPERTIES CIVIL CONSTITUIONALS FUNDAMENTALS PATRIMONIALS INALIENABLES ILLEGISLABLES RIGHTS INHERENTS FOR (OWNERS) CITIZENS, and NEVER DELEGATES TO ANY FORM to THREE DUTIES ("powers"): EXECUTIVE, LEGISLATIVE AND JUDICIAL GOVERNMENT OF THE FEDERAL, STATE AND FEDERAL COLONIAL AS TERRITORIAL OR PUERTO RICO, which are fundamental Democratic constitutional civil rights inalienable and ILEGISLABLES ETERNAL **guarantee** (DE Jure LEGATORUM Statements that are

inviolable (EX PROPIO VIGORE) and unchangeable people or HUMAN) ALL TOGETHER ARE A REALITY THAT IS **interdependent** THERE IS A  BASIC RIGHT AND FREEDOM OF MAN, between law and freedom to EDUCATION, THE RIGHT TO FREEDOM AND THE RIGHT TO EXERCISE OF PROFESSION OR JOB, THE RIGHT TO FREEDOM AND RIGHT TO LICENSES PRIVATE PROPERTY professions that are inherent (JUS POSSIDENDI) of citizens, are <u>IRREVOCABLES</u> Laws and the freedom to think, to collect or JOIN FREE ALL THESE inviolable, UNUSURPABLES, UNNEMBARGABLES, Unexpropiables, Undeniable, UNALIENABLES & ILLEGISLABLES RIGHTS COME TO BUILD THE MATRIX, within which is developed MAXIMUM UNDERSTANDING PERSONALITY OF MAN truly democratic, within which to achieve such essential dignity of the human being is the cornerstone BASIC AND TRUE DEMOCRACY IN DEEP SHE LIES STRENGTH AND VITALITY LEGAL AND CONSTITUTIONAL BECAUSE BEFORE ANYTHING ELSE IS OUR DEMOCRACY SOCIAL CONTRACT BUT VERY SPECIAL LEGAL CONTRACT IRREVOCABLE SUPREME ORDER RETURN specific performance and prompt delivery LICENSES CITIZENS PROFESSIONS but especially to DR. JOSE M. SANTIAGO FONT Returns the TRUE LEGAL ORDER OUR DEMOCRACY preemption doctrine), GOD BLESS AMERICA U.S. CITO V AMENDMENT Constitutional Absolute Prohibition WILL NOT USE THE PUBLIC AND PRIVATE PROPERTY WITHOUT THE FAIR (DOUBLE) compensation guaranteed in our letters or statements of inviolable rights. TENNESSE Applies VS. LANE 158 L Ed 2d 820 and VAZQUEZ VS. TRIBUNAL 78 DPR 744. Included Exhibits # 1 through #; documents EXHIBIT # 1 Diploma in Medicine and Surgery Certification 1979, Certification Board of Medical Examiners of Puerto Rico March 13, 2002 EXHIBIT # 4: CERTIFICATION COURSES HAVE COMPLETED ALL THE GRADUATE SURGERY in Ophthalmology in the University Hospital of Clinicas (Nobels AWARDS), School of Medicine, University of the REPUBLIC Oriental of URUGUAY, in the Capitol City of Montevideo from 1986 to 1989 with his Certifications Exhibit # 5: Ph D. in Constitutional and International Law Honoris Cause year 1984, as the great biblical Moisses is not to abolish the Supreme Law, but I come to enforce to Accomplishment SPECIFIT TO SUPREME LAWS OF OUR NATION of U.S.A. ; Whoever      would      be      First      to          serve      others.

**THEREFORE  I  RECLAIM    UNDER  ARTICLE  VI  SUPREME  CLAUSE  TO HONORABLE COURT DECLARE GRANTED the URGENT INJUCTION by Reclaims under article I section #9 NO Bill of Attainder or Ex Post Facto Law Shall be Passed and Article VI Supreme Clause and For All of which are based Claim under the First Amendment Petition to Government Redress of Grievances & V Amendment No person ...nor be deprived of  the Right property without due process of law, nor private property be taken for public use without JUST (DOUBLE for Bad Faith Litigations) COMPENSATIONS of the UNITED States of America  FEDERAL LAW CONSTITUTION PLACE HAS DECLARE GRANTED ALL LEGAL WRITING Injunction Preliminary, Temporary (Provisional)    and**

**Permanent in BENEFIT PROF. DR. JOSE M. FONT DE SANTIAGO** in all 3 cases including against: Puerto Rico Governor Luis Fortuño Burset and Individual Commonwealth of Puerto Rico-through Secretary of Justice of P.R. Guillermo Somoza and as individual, Department of Health of P.R. Through Secretary Dr. Lorenzo Gonzalez and as Individual, U.S. Bankruptcy Court Federal of Puerto Rico-through Judge Brian Tester, Engineering Builder Construction Group, S.E. through its Chairman John Doe and Mapfre Insurance through its Chairman John Doe and Jose Garcia John Doe Inc. through President John Doe and ACE Insurance through Chairman John Doe and the University of Puerto Rico through its President John Doe and his American International Insurance through its Chairman John Doe, and Board of Medical Examiners of Puerto Rico through its Chairman John Doe and Board of Medical Licensure and Discipline Puerto Rico through its Chairman John Doe, and also to President of the United States of America Barack Obama and the Solicitor of United States Of America John Doe, Hospital Menonitas Through Director Executive John Doe, Thomas Rivera Schatz as Individual, Jennifer Gonzalez as Individual, among others John Doe's or Jane Doe's THEM PERMMITED by FAULS, CRIMINALS NEGLIGENCES and OMISSIONS IMPAIR, DEPRIVE AND VIOLATES OF ALL UNALIENABLES RIGHTS AND PROPERTIES LICENSES IN ALL UNITED STATES of AMERICA for that **REASSON the UNITED STATES of AMERICA GOVERNMENT HAVE OBLIGATION PAY IMMEDIATELY $1,242,408,890.41 BILLIONS Dollars to Prof. Dr. José M. Font de Santiago by All Damages and Perjudices, between another's Damages Continuous and Punitives Damages and Other Damages Claimed PUNITIVES DAMAGES against all defendants of Epigrapher, IMMEDIATELY GRANTED THIS PRELIMINARY, Temporary (provisional) and Permanent Injunction ORDER Cease AND DESIST against all Defendants:** Department of Health and the Commonwealth of Secretary of 'justice" of PR and the U.S. Bankruptcy Court of District of PR REVOKE IMMEDIATELY ORDER To give and won Menonitas Hospital, And ORDER to Honorable Court ORDER GIVE Immediately the Hospital Regional Caguas of PR to Prof. Dr. Jose M. Font De Santiago and also IMMEDIATELY ORDER to GIVE on hand ALL PROFESSIONS LICENSES OF PRIVATE PROPERTIES Inherent To The CITIZEN (Jus Possidendi) OWNER PROF. DR. JOSE M. FONT DE SANTIAGO, were usurper, wrongful or stolen by the Publics Functionaries of Commonwealth of PR and the Government of U.S.A., AND ORDER THROUGH THE NATION OF UNITED STATES OF AMERICA and Puerto Rico **under the constitutional mandate of Article VI Supremacy Clause of the U.S.**A. ALL Professional Exams (Revalida) and **Prohibitions** on the sale or disposal by contract of sale the REGIONAL HOSPITAL Caguas, PR Clause cite Obligations of Contracts Hospital PR are EX POST FACTO because **impairs and violate** SUPREME LAWS and also are **unconstitutional**, ABSOLUTELY NULL and **void**, EXTRA **Legem**, **Ultra Vires** CATONIANA REGULA,

BECAUSE Ex Post Facto Law (Preemption Doctrine)l; and ORDER the Honorable Court to the Government of P.R. GIVE immediately the Regional Hospital of Caguas, PR to TRUE OWNER **PROF. DR. JOSE M. FONT DE SANTIAGO** (he call CHRIST MIRACLE GENERAL & SPECIALTIES HOSPITAL of CAGUAS, P.R.) for Restoration and Reconstruction as partial payment in advance to Dr. Jose M. Font, and PAY all damages and Perjudices others Damages (Loss to Capacities for Generar Lucre's Cesantes: **Pérdidas de la Capacidad para Generar Lucros Cesantes and Loss of Lucre's Cesantes; Pérdidas de estos Lucros Cesantes for 32 years, 20 years and 14 years each ones cases among others Damages and Perjudices, Continuously and also Punitives Damages** ) claims **ordered** the HONORABLE COURT immediately Pay the grand total **$1,242,408,890.41** BILLIONS Dollars to Prof. Dr. **José M. Font de Santiago** by All Damages and Perjudices, between another's Damages Continuous and Punitives Damages and Other Damages Claimed PUNITIVES DAMAGES against all defendants of Epigrapher in each of the paragraphs of this legal brief. Today November 19, 2011 The Hospital Menonitas of P.R. Illicit 'won" Bid, because was the form and manners Illegal and Unconstitutional without of the Right and Violate alls of the Defendants parts of the Epigraphers **(NO IMPAIR OBLIGATIONS OF CONTRACTS: Constitution of U.S.A.);** the Right of Due Process Constitutional Law and Violation the Right Equal Protection under the Laws to Prof. Dr. Jose M. Font De Santiago among others Dispositions under the LAW and Declare Ordering the Honorable Court Illegal and Unconstitutional, Null Absolutely and Void to Menonitas Hospital because Violate the Impartial and Just Trial and All adjudication The Hospital Regional Caguas to Menonitas Hospital P.R. are above the Laws, for that Reason that Judicial Sentence of Bankruptcy Court of District of Puerto Rico, (and the governments) are Ex Post Facto law, Illegal, Unconstitutional, Violate the Rights of Due Process Constitutional Law and Equal Protection under the Laws, Discriminatory, Null Absolutely, and Void, Arbitrary, Abusive, Capricious, Ultra Vires, Ad Vinitió, Extra Legem, Fraud Extrinsic and Intrinsic by all high public functionaries Transaction the adjudication above the Law to group Hospital Menonitas Inc., because de Hospital Regional de Caguas, P.R. is not the Government, and If the People of Puerto Rico and Honorable Court ORDER Immediately Arrests all high Public Functionaries of Government of P.R. and also the members of Directors Board of Menonitas Hospital who's committed the Crimes among others Illegals Acts, also his lawyers; **No Persons Above the Law**. The Justice established NOT for VIOLATE The Rights and Properties (Professional Licenses) destiny for Fulfill Accomplishment and made comply the Value of Ours REAL Democracy System. I request to Court Order Federal Criminal Investigations with the agents federal from Washington D.C. against To each part of the Defendants among others Functionaries in P.R. are Corrupters and Impair, deprive, Usurp and Violate the Democratic Civil Constitutionals Rights and Properties of Peoples of P.R. that also are Citizens of United States of America **GOD BLESS AMERICA**. **La Justicia no se Instituyo para Violar los Derechos de los Ciudadanos, sino para Cumplir y hacerlos Valer.** Respectfully Submitted *JMF*

*I Request $1,000,000. millions Dollars for Damages, Perjudices and Punitives Damages by my Lost teeths plus pay me $7,500. all and $65,000. dollars for Permanent teeths among others*

**PROF. DR. JOSÉ M. FONT DE SANTIÁGO,**

#33 Rivera Morales, San Sebastián, PR 00685. I certify send true and exact copy to all parties

## DECLARACIÓN JURADA

YO, PROF. DR. JOSÉ M. FONT (DE) SANTÍAGO, SOY MAYOR DE EDAD, SOLTERO, MEDICÓ OFTALMÓLOGO DESEMPLEADO por Accidente por INCAPACIDAD por LAS ACTUACIONES ILICITAS DE LOS FUNCIONARIOS PUBLICOS ENTRE ELLOS ABOGADOS QUE Tergiversan Maliciosa y DILATAN LOS CASOS, VECINO DE SAN SEBASTIÁN DEL PEPINO, P.R. DECLARO:

1) QUE MÍS CIRCUNSTANCIAS PERSONALES SON LAS

ANTERIORMENTE MENCIONADAS.

2) QUE EN ESTÉ CASO HE DECLARADO LA VERDAD Y

NADA MÁS QUE LA VERDAD Y PARA QUE SÍ CONSTÉ JURÓ

A.H.# 14,656 PROF. DR. JOSÉ M. FONT (DE) SANTÍAGO

JURADO Y SUSCRITO ANTE MÍ PROF. DR. JOSÉ M. FONT (DE) SANTÍAGO , QUIÉN ES MAYOR DE EDAD DESEMPLEADO INCAPACITADO por ACCIDENTE INDIGENTE, A CUAL SE LE A VIOLADO LOS DERECHOS CIVILES POR PARTE FUNCIONARIOS PUBLICOS y los ABOGADOS, SOLTERO , VECINO DE San Sebastián, PUERTO RICO, A QUIÉN CONOZCO A TRAVÉS DE LA TARJETA ELECTORALL # 0108815 HOY 28 NOVIEMBRE DE 2011 el la Secretaria del Tribunal Superior de San Juan EN PUERTO RICO.



